One cc: CAF

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 MAR -2 PM 4: 07

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**GBEKE AWALA** )
     **,PLAINTIF** )
    )
v. DRBA·Police/ video )    CRIMINAL/CIVIL NO: 05-97KAJ
      COURT )
AUSA- BETH MOSKOW-SCHNOLL )
**UNITED STATES OF AMERICA** )
**HOMELAND SECURITY - ICE** )   CIVIL SUIT ACTION
    **DEFENDANTS,** )
                 42 U.S.C.A. $ 1983[b]

**MOTION/PETITION FOR:**

## MEMORANDUM IN SUPPORT

    Based upon the Complaint or Grievance MOTION in this action inter alia, submitted or filed on/or around afore-Said Time, under His MAJESTY and NOBLE, Honorable Chief Judge Sue L. Robinson, Mr. Gbeke Michael Awala, Pro Se, moves for Leave in this Action, in order to assert the Set forth proposed violations bringing Suit under Civil Right Act of 1871, Claim is based on Police Misconduct, while procuring Issuance of Arrest Warrant and Probable Cause, "a direct 'frontal touching' of Mr. Gbeke Awala's Private Parts," Sexual Offenses". For he was "Naked", and The Police Officer's inter alia mentioned defendants DRBA Police et al Cast out, and the Officers Stripped him, and Led him Common hall, Street,

(1).

2-23/05.

# Supplemental Phase 1

We TURN NOW TO THE RELATIONSHIP BETWIXT. THE DOUBLE JEOPARDY CLAUSE AND ENTRAPMENT and REPROSECUTION OF A CITIZEN OF THE UNITED STATES WHO WAS PREVIOUSLY DEPORTED WITHOUT HIS CONSENT AND WHO HAS SUCCESSfully OBTAINED CONSENT OF GOVERNMENT SECT— HOMELAND SECURITY— etal TO REENTER AFTER EXPRESSING ITS STATUTORY RIGHT TO U.S CITIZENSHIP.

(a) What is a Consent or thund party Consent.? "Common Authority"
See: ILLINOIS V. RODRIGUEZ; 497 U.S. 177, 110 S. Ct 2793, 111 L.Ed. 2d 148 (1990), The Homeland Security Govt. had "Common Authority" to approve who goes in and out of the United States, northurthstanding MR. Avala's assertion of a Citizen. That of 'Objective' reasonableness applies In this case.

## Phase 2: EQUAL JUSTICE.

"A writ of Error" When a person is at the brims of exercising Statutory Rights to Citizenship" A claim of this magnitude" whether It is or. The Court in error, failed to reliased that the Legislature as not set a Specific Rule of Law opposing or affirming or abridging the Right of a Petitioner to file its or her Citizenship papers, affirmatively True by BIRTH, while It was delayed over, Misfiles and ridoured BIRTH Registra Records. Pursuant to State Administrative Action. Florida. 308.019 No

GBEKE M. AWALA

Salem Correctional Facility
125 Cemetery Road
Woodstown, NJ 08098

February 23, 2005

Hon. Peter T. Dalleo
Clerk of Court
United States District Court
DISTRICT OF Delaware

CIVIL NO:

Re: Action: 42 U.S.C.A § 1983.

Inter alia, I submitted a MOTION
NOTICE OF LAW SUIT — Chief Judge
Sue L. Robinson, Now a Docket No:
as not been Issued or whether it
was Issued and the Court as not
notified MR. Gbeke M. Awala Pro Se,

Find enclosed are Memorandum in Support of
Law Suit. Certificate of Service; Please
I'm unbale to Certify the defendant and
I pray in Concerning giving and receiving of
Copies, I do request for my docket No:
and a Copy of the aforesaid Action Momentarly.

Gbeke Awala — God bless.

NO. Pages (3)
enclosed envelope: for Docket #
Thank you sir.    (31)    I shall Continue to Comply with the
proper Procedure under Fed. Rule of
Civil Procedures.

STATEMENT OF AFFIRMATION.

WASHINGTON: Oath taking goes on despite the elements. When it comes to weather for presidential inaugurations. Second time around isn't always the charm.

Indeed, Ronald Reagan and Franklin D. Roosevelt managed to set weather records on the days of their second oath taking — and not good-weather records either. Peration and arrayed Glory was shared over our president, President Bush. With "ALL Family Circle" Present, from. Chief Justice William Rehnquist, Bush's wife, Laura, and daughters, Barbara and Jenna, stand by his side. WITNESSES. ─→ (January 20, 2005.) To attest, affirm, participate Obtain Glory, when, President — George Walker Bush took the Oath of Office for a Second Time..... No matter what the weather may say or predict. The podium was attained to spread out democracy and freedom "with ultimate goal of ending all avenue of Injustice in our Society.

In Awala's Case:   All who lived with him in America Admitt he was Born and raised in America, and subsequently raised in Africa. WITNESSES. For they were Witnesses" For all have Sinned and Come short of the Glory of God in America, Personal Intervew/Counselling * Family Ties * Mail Correspondence * Cannot Come into America, appearing before any presiding Judicial Authorities to Testify under oath." When you stand for your liberty, we will stand with you ...(John Adams 1850).

  * All Family Circle Broken by Death.

God bless America.

by him into the Video Court Room, before Justice of Peace Court, In and for the State of Delaware presiding Hon. Judge Wayne R. Hamby. [see Exhibit 1], DRBA·P.D. VIDEO (HAWKINS). 5:18 AM. Deprivation of Civil Right Act of 1871, For deprivation Fourth Amendment right to be free from unreasonable Searches.   U.S.C.A Const Amend. 4

42 U.S.C.A § 1983, <u>Police Superior:</u> The Superior See Civil rights Violations Committed by Lower Officers, and had "realistic Opportunity" to stop it, but failed, "to intervene." in violation of Police regulations, State Laws and Mr. Awala's Constitutional Rights - Cruel Punishment. Conduct of Police Officers is not Just a mere negligence or abberrant but affirmed to be "Systematic". Finding Other violations inter alia Submitted to this Court. Containing Material Mistatement of Terronstic threats, made knowingly or with reckless disregard of Truth. by the Delaware River BAY Authority Police Department "Newspaper Statements" presented Truthful application for Statement of Terronstic threats against Mr. Gbeke Michael Awala, on 08/12/04. during Stationhouse Custodial interrogation, after the given of "the Miranda Warnings." Whereupon Mr. Awala now establish a Prima facie TRUTH OF what happened.

(A.) <u>Standard of Review in Action.</u>

(1). <u>Why Are there Laws?</u> Laws are necessary to keep people from hurting one another and to keep Society in Order. whether they are the Laws of our parents.

2/23/05

Our teachers, or Our Government, they all Control our activity so that we Can live in peace with one another.

And rather than taking away our freedom, Laws actually give us more Freedom than we would have if there were no Laws. God Ordained Judges to Rule.

(2). Not that I Speak in respect of want; for I have learned, in whatsoever State I am, therewith to be Content.

(3) I know both how to be abased, and I know how to abound; every where and in all things I am instructed both to be full and to be hungry; both to abound and to suffer need. I Can do all things through Christ JESUS, that Strengtheneth me. Amen.

(B). <u>Jurisdiction of THE DISTRICT COURT:</u>

Works of John Adams. 252, 253 (C.C. Adams ed 1850). [The] Common people, should have a Complete a Control..... in every Judgment of a Court of Judicature" as in the Legislature, (Letter from Thomas Jefferson to the Abbi Arnoux (July 19, 1789). We're I and others are Called upon to decide whether the people had best be Omitted in the legislature or Judiciary department, I would say it is better to leave them out of the legislature.

<u>CHIEF JUSTICE WHITE:</u> Wrote a CONcurring Opinion in the Case of Hovey v. ELLiot, 167 U.S. 409 [17 S. Ct 841, 42 L. Ed 215]. Which pointed out grave Consti-

tutional questions Raised by attempting to punish the Parties by depriving them of the Right to try their Law Suits. Mr. Avala asserts Indicating that he would Comply with the Statute and the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules. Follow expidently, during this proceeding.

<u>Rule 4.</u> Duty to Avoid Unnecessary Costs of Service of Summons. Mr. Avala Pleads for more Time to allow Summons actually being Served upon the herein defendants.

## (C.) Constitutional Tort" by Police Officers:

(1). <u>In Monroe v. Pape,</u> 365 U.S. 167, 81CE.473, 5 L.E.d. 2d 492 (1961). Concerned an action for damages under 42 U.S.C. $1983^b$ against the City of Chicago and 13 Chicago Police Officers. The Complaint alleged that Morning, routed a Complaint the Officers broke into Petitioner's home in the early Morning, routed them from bed, made them "STAND NAKED", in the Living room, and ransacked every room in the house. after which, Mr. Monroe was Taken to the Station and Interrogated in Communicado about a Murder. The Court Rejected the Respondent's argument that the Suit was barred because no " STATUTE, ORDINANCE, REGULATION, CUSTOM OR USAGE" OF ILLINOIS made a State Remedy un available" It is no answer that the State has a Law which if enforced would give relief. The

( 4 )

2/23/05

federal remedy is Supplementary to the State remedy, and the Latter need not be First Sought and refused before the Federal one is Invoked. Hence the fact that Illinois by its Constitution and Laws Outlaws un-reasonable Searches and Seizures is no barrier to the Present Suit in the federal Court."

In the Instant Case: Mr. Awala make known that their is neither disparaty or difference regarding grands for Suits in the federal Court and relief in regarding to Injuries If It finds Civil Suits Settlement of $500,000,000.00 (Five Hundred Million Dollar, Damages Sought. in the United States Currency). b "Every person who, under Color of any Statute, Ordinance, regulation, Custom, or Usuage of any Statute, State, Territory Subjects, or Causes to be Subjected, any Citizen of the United States, Or Other persons within the Jurisdiction thereof to the deprivation of any Rights, privileges, or Immunties Secured by the Constitution and laws Shall be liable to the party injured in an action at law, Suit in equity, or Other proper proceeding for redress. Mr Awala states, I Count myself to have being apprehended "In light and Spirit" in (In Monroe v. Pape,) et seq, but this one thing I do not forget where those things which are now before this Court pursuant to 42 U.S.C.A § 1983.

(D). THE DUAL SOVEREIGNTY DOCTRICE :

Since the DRBA Police Department, Conducted

(5)

2/23/05

# OPENING PRAYER IN CASE

xxx Mr. Awala, prayed, For unto us a Child is born, Unto us a Son is given, and the Government, was supposed to be on his shoulder, and his name was Called MASTER, Wonderful,

Gbeke Michael Awala, Pro Se, he was a Counsellor of his fellow African-American, Prisoner's, he Believes in the Mighty God. The everlasting father and our Lord Jesus Christ, and The American Peace.

xxx Of the Indictment of Government and detention with no end, upon the throne of Our Constitution, and upon the Statute of Liberty. ... to order it, and to establish it without Due process of Judgment and with no Justice from know and forever. The Zeal of this Great Court of JUSTICE and His MAJESTY Hon. Noble Judge Sue L. Robinson, would perform and Sent an order into the Government's Bossom and Light Mr. Awala's path which was shared for Darkness... That all fellow Americans shall not even the people of the '' FIRST STATE "DELAWARE" The Inhabitants of New Castle, County et al, shall no that the Bricks are fallen. Woe into the Law that kept me here in Prison... Praise unto God that Ordained Earthly Judges to deal with Injustice... For It is hard for the Government to Kick against her own Pricks. American Children are the future and Glory of our nation... I'm an American Child. Amen. Gbeke michael Awala.

(5)

Video Hearing (Hawkins). "Detain Without Bond," For Appearance before the United States Magistrate Court "For follow up with A. G's Office Delaware. Court clerk prepared Handwriting Commitment and Rest charges as to "Violation of failure to Pay toll." (See Exhibit 2). 8/1

(1). <u>Sovereignty doctrine</u> is founded on the Common law Conception of Crime as an Offense against the Sovereignty of the Government. When a defendant in a single act violates the "peace and dignity" of Two Sovereigns by breaking the Laws of each, he has Committed two distinct offenses. **** As the Court explained in Moore. v. Illinois, 14 How. 13, 14 L. Ed. 306 (1852), "[a]n offence, in its legal Signification, means the Transgression of a Law." Consequently, when the same act transgresses the law of two Sovereigns, "it Cannot be truly averred that the offender has been twice punished for the Same offense; but only that by one act to has Committed two offenses, for each of which he is justly punishable. In applying the dual Sovereignty doctrine, in Mr. Awala, herein Plaintiff, in this matter, the Crucial determination is whether the two entities that seek successively to prosecute a defendant inter alia CR NO. 0490 KAJ - Awala, for (1) failure to pay Toll fees (2) illegal Retenty After deportation acted under same course of Conduct to determine Liability for damages under Civil Rights 42 U.S.C.A § 1983. It can be termed "Separate Sovereigns." This determination turns on Whether the Two entities draw their authority to punish Mr. Awala from distinct Sources of power. Thus, the Court has Uniformly held that the States are Separate Sovereigns with respect to the Federal Government because each States' power to prosecute is derived from its own "inherent Sovereignty," not from Federal Government. See Abbate v. United States, 359 U.S. 187, 79 S.Ct. 666, 3 L.Ed.2d 729 (1959.

xxxx "The State are no Sovereigns with respect to each other than they are with respect to the Federal Government. Their powers to undertake criminal prosecutions derive from seperate and Independent Sources of power and authority originally belonging to them before admission to the Union and preserved to them by the Tenth Amendment."

(2). Nevertheless. Whereto we have already attained; let us walk by the same rule, let us mind the same thing xxxxx In Avala, herein Plaintiff, The State having made detention through the detainer of his Sovereign Authority and also of the powers of the Federal Government. State, herein DRBA Police Department and Federal Authorities are both blameable and reproveable in the Sight of the Rule of Law, pursuant to deprivation of Civil Rights 42 U.S.C A § 1983. and Convention against Geneva regarding Torture, dehumanizing, degrading Convention Agreement of 1949, which United States plays the equivocal prosecuting Sovereignty against any State or Country that Violates said Laws. "NAKED IMAGE:" Over Video Court Screen, Violates all applicable Laws under Findermarbel equal Right etse.

(E.) MEMORANDUM OF LAW:

(1). Key Number in Pocket Part [5 Atl D2d-638/ 132, Police, Investigative, or Law enforcement activities. Library References - C.J.S. Civil Rights §§ 88-91 - key 132.1 — In general....

(a) Me. 1994... Police Officer may be liable

(7)

2/23/05

For acts of another Officer, even a Superior, taken in his presence, that violates Civil Rights, 42 U.S.C.A § 1983 — Id. Jenness v. Nickerson, 637 A.2d 1152.

(b) Civil Rights violation must actually take place to support officers Liability for failure to Intervene, 42 U.S.C.A § 1983. — Id. In this Case Awala — The DRBA Police Sgt. and Supervisor — Case Number 04 08 014599 Warrant Number: 9104000161... ( Seargeant "Cook" and Supervisor — Albert W. LITTLETON — arraigned MR. Awala before JP II Judge Hanby and gave a Commitment to Gander Hill Prison to await extradition RFD. "They saw the Civil Rights violations Committed by their lower Ranking Officers... Hawkins etal, and had realistic opportunity to stop it, but failed to Intervene. In regard to Custody Treatment as alleged by MR Awala, Plaintiff, which established a Prima Facie Case against Supervisors under § 1983 $^b$ violation of Police regulations or State Law and Federal Laws. providing Civil action for deprivation of rights, priviledges or immunities secured by Constitution and Laws.

(c). <u>Proof of Conduct:</u> N.J. Super. A.D. 1996

Section 1983 Claim based on Police Conduct requires proof of Conduct. 42 U.S.C.A § 1983 — Valejo by Morales v. <u>Rahway Police Dept.</u>, 678 A.2d 1135, 292 N.J. Super, 333, 686 A.2d 763, 147 N.J. 262. (Right to receive adequate Police treatment is Constitutionally protected Right and absence Some adequate or proper treatment, between Police and § 1983 civil rights Plaintiff. Police have duty to provide adequate protection of Rights 42.U.S.C.A § 1983). Awala's Proof of DRBA P.D.

2/23/05

(8)

is not limited to Recorded Video Court or Agent eye Witness but also Corresponds withnesses of the violation by the Immigration & Customs Enforcement.. Philadelphia, when on that day all Agents in Booking took mr Awala about what type of Scientific material overall clothes he was wearing, when Agents Axel Gonzalez and S A JACK "Laughed and Laughed Including one Agent spoke clearly about we got a "Nigerian dean martin" a well known " White American Movie comedy Actor" all had opportinity to stop it, but failed to Intervene appropraely and properly Contrary to the Laws, violates mr Awala's Right to due process, been foolish despite mr Awala's Report about other leg problems they "Leg shackies him and failed to accede to his demands.

# (F). Counsel:

The Court has ruled that, a party to a law suit hires his Lawyer and should therefore be responsible for everything his Lawyer does in the Conduct of his Case.

Mr Awala relied on the assumption that a Lawyer Licensed by the State is Competent. Pro Se in Light of Von Moltke v Gilles and Godinez v moran Uniform Rules of Criminal Procedures.

## (a) THE GRIFFIN-DOUGLAS" EQUALITY

PRINCIPLES."— GRIFFIN v. ILLINOIS... "There Can be no equal Justice where the kind of TRIAL A man gets depends on the Money he HAS. 351, U.S. 12, 76 S. Ct 585, 100 L. Ed. 891 (1956). "Transcript of all proceedings was furnished Free only to Indigent Inmate... As the Court In this Case "Awala" also had Learned of his Indigent Status, moves in faith and Truth of beign allowed to be Heard.

(a)

2/23/05

## Awaiting Help Aid from:

Pro Se, — In light of  Von Moltke. v. Gilles and
Godinez v. Moran — Uniform Rules of
Criminal procedures.

(1) Advisory Committee on  Judicial Conduct.

(2) Office of TRIAL Court Service

(3) Administrative office of Court

(4) DELAWARE  STATE BAR  ASSOSIATION.

(5) Office of DISCIPLINARY Counsel.

(6) Supreme Court of the United States.

(7) I.R.S

(8) Circuit Court

(9) VITAL STATISTICS Records of BIRTHS.

(10) Department of STATE

(11) Civil Rights Division.

(12) ACLU

## Corrections for Errors:

Secondary Prong: "Human is a mobile object" — Mobility Rationale,
errors are errors — Correction removes errors, Human experience
teaches that polite and academic Conversation or achievement
is no substitute for the earnest and Robust argument necessary
to reach the fact that we all make mistakes. e.g Even Indications
that would be on the face too weak to Believe that the Court
makes mistakes. See page (189)  of this motion (Newspaper Article).
     The practicalities of men, in Machineries, Computers, analog
and digital Conversion, Biological Phases, Inter phase, Prophase, meta phase
and rephase "LIFE Cncle" as legally affirmed by Law that there is no
Statute of Limitation to errors.  Law  is a Language Seth forth to

(E) The DRBA POLICE Constitutional Duty to Disclosure:

The proponent of the Evidence must establish that the evidence is reliable and relevant by a preponderance of the evidence. See. Daubert v Merell Dow Pharmaceutricals, Inc. 113 S. Ct. 2786 (1993). Kumho Tire Co. v Carmichael, 119 S. Ct 1167, 1175 (1999). In this Case MR. Awala request. Pursuant to

Fed. Rule of. Civil. Procedure. Form 24: ( Request for Production of Documents on file — "Video Court Tape", under Rule 34.

and Brady v. Maryland, 373 U S 83 (1963) and Giglio vs United states, 405 U.S 150 (1972). I request that the DRBA Police Department, "defendent's to respond Within days following Request (1) That defendants produce and permitt Plaintiff MR. Awala. to Inspect and to Copy each of the following documents:

(a) DRBA P.D - Video (Hawkins) Called 5:18 AM
(b) Disposition Judge Lee at J.P. CT 13. 8/12/2004
(c) Disposition Judge Wayne R. Hensby JCP CT. 11 5:27 AM

Arraigning Justice of the peace. To Provide MR Awala with Date, Time, and location of Storage, to permitt Inspection and Copy. Pursuant to the Fed. Rule of Civil Procedures. Form 24 — Rule 34.

(c) EQUAL PROTECTION  It was held that for a State to try a black defendant before a Jury from which all members of his race had been excluded by Statute is a denial of Equal Protection, and in, Neal v. Delaware, 103 U.S. (13 otto), 370. 26 L Ed. 567 (1881). the Principle was extended to the discriminatory administration of Ostensibly fair Jury Selection Laws to achieve the Same result. (10).

2/23/05

(106)    A

# Growing and Grappled with Identity

I feel like throughout my Life, I have grappled with my own Identity, (Like a PUZZLE needing to be Solved.) who I am, as A young child, I often felt ambivalent about myself, in fact, Confused at times, by virtue of "Cultural Traditions PRACTICED in AFRICA, I worked hard and Grew up from Age of no Capacity age 7-8, when I was brought without my own Mental Consent to "Object" I was assured that I was not part of this ethnic Society, Secret Cults, ritual Killings and "Yet from my early days in School in America — NORTH COUNTY ELementary School, until this Present day, I acknowledge some Certain errors mistake and wrongful character, that seperated men from the, "Land of my BIRTH — U.S.A. ... voices, saying to me by night, and visions of TRUTH, makes clear that I was "STOLEN away while I slept" from my Traditional Family of Americans.

## Singing Accent:    At a point in every person's life one has to Look deeply into the Mirror of one's Soul and decide one's Unique truth in the World, "I mean when I Sing Songs, I Sing clearly and uniquely in American - African American Accent, to the Contrary, People ask me, why is it that, when you Talk, you got African Accent, but when you "Sing" you Sing Like US — They mean American people.

Then I say the TRUTH is I'm American, not as we may want to see it or hope to See it, but as it is, and So my TRUTH Speaks for It self, and I was Born into this American Culture and Tradition. (Hebrews 12:18-24)
The Bible Teaches: "The Sun Burnt my Skin and darkness engulfs, and the voice of my words, Inheated Spoken words ..... And to the General Assembly, Congress, and Churches, and Judges and God and to JESUS CHRIST. Amen.

(G.) PROOF OF CITIZENSHIP.

I'm a United States Citizen, and I Indicated that I was born in MIAMI-DADE-COUNTY, FLORIDA. Based on Plaintiff's accent. Government Referred him to JURY TRIAL.

The benefit of a JURY TRIAL, as a Protection against the arbitrary exercise of official power was demanded particular to Criminal Cases. Not Citizenship Contest.

In Lewis v. United States. 518 U.S. 322, 116 S. Ct. 2163, 135 L. Ed. 2d 590 (1996). Petitioner argued "that, where a defendant is charged with multiple petty offenses in a single prosecution, the Sixth Amendment requires that the aggregate potential penalty be the basis for the determing whether a JURY TRIAL is required." The Court disagreed, nothing that per Blanton" we determine whether an offense is Serious by looking to the Judgment of the legislature," and the "fact that the petitioner was charged with two counts of a Petty offense does not revise the Legislative Judgment as to the gravity of that particular offense.

In this instant Case, Mr Awala, was delivered into the Judgment Hall/Court of Hon. Kent A Jordan and Awala herein Petitioner moves, Pro se, and Court appointed Christopher Koyste as a Stand by Counsel, [Inter alia MOTION FOR LAWSUIT documented the aforesaid stand by counsel as a defendant, for alleged violation of the Attorney /Client Relationship Rules / STATE BAR ASSOCIATION DELAWE is ALSO NOTIFIED and Jointly processing remedy], Case CR: 04901-KAJ. He was Stand and He Testified openly he was "An American Citizen" and "Lack of Guidiance as a youth and his family Ties,

(11).

2/23/
Awala

My Punishment is greater than I can bese.

"THE FLOOD OF WATER UPON THE CITY IN MIAMI, FL.

... Mr. Gbeke Michael Awala, Pro Se, was Six years Old. and for Seven days the Lord Cause it to rain, and "Gbeke" went in, and his Biological mother and Grand mother, the Fashion of the streets, was "White people and Spanish people and in the ANTIOCH MISSIONARY BAPTIST CHURCH. And Mr. Awala when he was Baptized lived at 3601 N.W. 210 TERRACE, CARROL CITY MIAMI - DADE COUNTY FLORIDA, and Straightway out the Flood water: and the heavens were opened unto the city and he saw heavy flood... People could no more openly enter into the city, and rescue service came from every quarters. and many people were gathered together, insomuch that there was no room to receive them no, not so much about the door, the Rain uncovered the roof where we was, and when the rain and wind had broken it up, the bed were let down, and we went forth into the Sea Side... Miami Beach, and all the multitude of people resorted and receipt food from help... Florida orange Juice, potatoes, french fries, Beef Burgers, chickens, Salads, "Jaimaican Room" we eat and drink, at this Time my Father and mother had obtained a writing notice of divorcement, because my mother, prostituting for "Heroin drug abuse" giving her body for Public Sex. drinking Alchohol and Red wine in big Bottles, and — Mr. Awala was left hungered at home and Left to eat shew bread, which was not healthy to eat but until when we go to the CHURCH, Carrol City. Rev. John Chemy would on Sunday's feed is well. and he prayed for me over my Sickness. and he preached the Holy BIBLE and Gospel.

DNA Result: The result of my adopted mother Tested by Blood Transfusion in lagos 2003, Tested negative as to blood Type matches that it was true that she Lied not that she adopted Mr. Awala by and through her own Grandmother who was the mother of Moses, when Moses Stepwife, objected in 1978, avoiding Mr. Awala being Placed on Foster Home in CHICAGO, Illinois

(14)

Broken by death, Bare him from perfecting his Statutory right to U.S. Citizenship, his Biological parents were heavy drug abusers and he was abused as a child and Coupled with Unauthorized flight of Key Witnesses of him at BIRTH in America and prior to been brought through different homes in the United States For adoption and then AFRICA On/or around 1978. <u>Judgmental Error</u>: Mr. Awala moved pursuant to Agency Freedom of Speech and Information. 1st Amendment and 5 U.S.CA § 552, Served upon the Vital Records Office, [see Exhibit E], Mr. Awala was at his youth diagnosed with "Leukemiah and documents Indicated that he was brought and treated for Chemotherapy at the JACKSON MEMORIAL HOSPITAL, 1974. A Certimscition May 19, Document/Letter 8 days after BIRTH, also Indicated that he was Circumscized at the aforementioned Hospital OUT-PATIENT. THE HOSPITAL RECORDS WAS Sought, Hospital Indicated may have misfiled since it was over 25yrs Unused or Sensored data. Vital Records MIAMI Refferred to Circuit Court for Amendments. <u>Government MisConduct</u>:   Northwithstanding, Mr. Awala had well Communicated with the (Beth MOSKOW-SCHNOll - AUSA-Delaware), my afflications as per the Homeland Security Baltimore Airport-Consented to entry see (Exhibit C) the Offense Caused disruption of a governmental function, departure from the applicable Guidelines — in Violation of TITLE 18 U.S.C. Section § 2071, Concealment, removal, or mutilates, obliterates, or destroys, or attempts to do so. arrayed of BIRTH and Hospital Receipts and photographs Belonging to Mr. Gbeke Awala, obtained and Created Re-entry under "Common Authority"

(12).

2/28/05

Shepard held under "Third Party Consent".
ILLINOIS v. RODRIGUEZ, 497 U.S. 177, 110 S. Ct. 2793, 111 L. Ed. 2d 148. (1990), Government had no Objection denying entry to permit Mr. Gbeke Michael Awala, exercise his Constitutional Right to file his BIRTH CERTIFICATE as "Delayed". Consent by deception. In Similar to the type of deception allegedly used in Graves v. Beto, 424 F. 2d 524 (5th Cir. 1970). "Rape Blood Test" or Entrapment of United States v. PAYNER, 447, US 727, 100 S. Ct, 2439, 65 L. Ed. 2d 468 (1980) arose. An IRS investigation into the financial activities of American Citizens in the Bahamas focused on a Certain Bahamian Bank. When an Official of that Bank visited the United States, IRS Agents "STOLE HIS BRIEFCASE," for a Time, removed all of documents from the briefcase and photocopied and photographed them. In this Instant Case, Awala's FOURTH Amendment Rights is violated as in PAYNER, It is absurd for the evolutionist to Complaint that it is Unthinkable God by JESUS CHRIST, to make everything out of nothing, and then pretend that it is more thinkable that a well Respected Government Agent acting under "Seperation of power" would not Bond to Genuine Conduct: Awala alleged Collection "STolen was WORTH $50,000,000.00 FIFTY Million Dollars — Northwithstanding, the "Unused" "Harriet tabiet" US Collection of Stamps inherited from "Shoe Box and an Old 1947, (Slave-Biological Grand father into his Son. Moses Hime Awala. bere. "Gbeke". Baseball Tickets; of Brooklyn Dordgers- given by my Chester Hime, (US

Conclusion of Awala: Government is without fondation Standerd in this matter to Bring before, a JURY TRIAL, See: If an error would make reversal on appeal a Certainty, It would not Serve "the ends of Public Justice", to require that the Government Proceed with its proof, when, if It succeeded before the Jury, It would automatically be stripped of that Success by an appellate Court. relying on Mr. Awala Unequivocal "A Lien file". In light of Dowrum v. United States, 372 U.S. 734, 83 S. Ct. 1033, 10 L. Ed. 2d 100 (1963) In Awala, I already Move pursuat to MOTION IN ARREST OF JUDGEMENT — Witness not yet forseable. Double Jeopardy Clause. Equal Protection Clause.

2/23/05

(13)

GBEKE MICHAEL AWALA

## Defective Indictment: 0490I-KAJ

* In light of <u>Lewis</u>, affirming <u>Blanton</u>, We determine whether an offense is serious or wanting a Jury Trial by looking at or to the Judgment.

<u>In this Instant Case</u>, Awala wherefore Mr Awala know brought, Action pursuant to 42 U.S. CA § 1983, (for many walk, in violation, of whom I have told you often, and now I tell you even "Weeping" that they are the enemies of the Fundamental Principles behind our Constitution and of Christ JESUS).

+ Whose end his destruction, Whose God is them Belly, and whose Glory is in their Shame, who mind wealth and earthly things and deprived another Such as Mr. Gbeke Michael Awala Prose.

<u>General Prayer:</u> " STAR SPANGEL BANNER" O Say Cant You see by the dawns early light........ Now According to The Bible 2 Peter 2 vs 19. The Court is our last recourse for In Justice, vs19..... while they promise them Liberty, they themselves are the Servants of Corruption: for of whom a man is overcome, of the same is he brought in bondage. Mr Awala hereby have Confident on our Rule of Law and affirms the Court would reinstate his Right deprived under 42. U.S. AC § 1983, or Grant him a "Writ of error." or certiorari Higher Fed. Court.
2/23/05

(14)

(Exhibit C).

**MEMORANDUM**

**To: Chris**

**From: Sean**   WILLIAMS

**Date: September 17, 2004**

**Re: United States v Gbeke Awala**
     **Criminal Number 04-90**

On the above date, this investigator was able to contact a Junior Jones, the manager for the Uhaul Center at 622 Atlantic Ave in Brooklyn, NY. I was able to reach him by phone at 718-638-5061. He stated that they do have in their possession the passport of Gbeke Awala. He stated that for him to be able to release the passport to us, the truck that was rented would have to be returned and the bill would have to be cleared.

I explained the situation to him and asked him about us sending a subpoena and he stated that it would then have to go through a gentleman by the name of George Mcleash and that he could be reached at 718-522-4924.

I was able to contact Mr. Mcleash and he stated that the subpoena would have to go through Uhaul's legal department which is located in Phoenix, Arizona. He stated that the subpoena could be faxed to 602-277-5017. After faxing to them he stated that we should follow it up with a phone call to 1-800-528-0463, so that it would be clear as to what we needed.

George Mcleash stated that once he heard from the legal department on what they could do then there should be no problem for them to release the passport to us, but he could not do anything until he heard directly from them on what to do.

Make - Copies of passport and
Fax to your Lawyer.
Including the Stamped entry on 1/1/04 Avda
page.



Jeb Bush
Governor

John O. Agwunobi, M.D., M.B.A.
Secretary

January 24, 2005

Joyce Massey
Salem Correctional Facility
125 Cemetery Rd.
Woodstown, NJ  08098

Dear Ms. Massey:

This is in reference to your request to have a search done on Gbeke Michael Awala.

We have received Mr. Awala's letter and per our telephone conversation today, our office is sending you a blue application for Mr. Awala to fill out and sign where the red X is and submit a fee of $9.00 for the search.  Once our office has searched for his record and if we do not find a birth record for him then we will send a Not Found Statement and a delayed packet for him to proceed with the filing of a delayed record.  If we find a birth record for him we will send it to you for him.  Just make sure we get all of the other names he may have used before.  We have enclosed a return envelope for your convenience.

If you have any questions, do not hesitate to contact this office at (904) 359-6900 ext. 1097, or by email at: Barbara_Smith@doh.state.fl.us.

Sincerely,

Barbara Smith
Records Specialist
Vital Statistics



**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

*Nemours Building*
*1007 N. Orange Street, Suite 700*                    (302) 573-6277
*P.O. Box 2046*                                      FAX (302) 573-6220
*Wilmington, Delaware 19899-2046*

November 2, 2004

Gbeke Awala
Salem County Correctional Facility
125 Cemetery Road
Woodstown, NJ 08098

**Re:  United States v. Gbeke Awala**
      **Criminal Action No. 04-90-KAJ**

Dear Mr. Awala:

I have enclosed an audiotape of three hearings that were conducted in connection with your deportation.  A copy of the tape also has been sent to your stand-by counsel, Christopher Koyste.

If you have any documents that support your claim of being a U.S. citizen, I request that you submit copies of those documents to me as soon as possible.

Very truly yours,

COLM F. CONNOLLY
United States Attorney

BY:  *Beth M. Schnoll*

Beth Moskow-Schnoll
Assistant United States Attorney

Case 1:05-cv-00097-KAJ    Document 54    Filed 03/02/2005    Page 25 of 25

*The Courts are a last recourse against Injustice. The Court has the highest reliability about data entry "MISTAKE" happens.

# Paperwork error stalls court's decision on prisoners' release

By RANDALL CHASE
Associated Press

(1) The fallout from a controversial state Supreme Court decision making some 200 rapists, killers and kidnappers potentially eligible for release from prison took a strange twist Tuesday, with authorities saying the ruling is on hold because of a paperwork error.

Exhibit 12

The Attorney General's Office, which asked the Supreme Court last week to recall its mandate in the case of Ward T. Evans, a rapist serving a life sentence, learned late Tuesday that the court's mandate had never been issued.

On Friday, the same day the Attorney General's Office filed its motion, Chief Justice Myron Steele wrote in a memo that the mandate remanding Evans' case to Superior Court had never been issued, even though the Attorney General's Office received a copy of it on Jan. 21.

(2) Court officials said that because the case file could not be found and attached to the mandate, the mandate was never delivered to Superior Court in Kent County.

(3) "The court understands that because the evidentiary record cannot be found or returned to the trial court that the mandate in this case has not issued." Steele wrote to Supreme Court clerk Cathy Howard. "The court further understands that an erroneous docket entry indicates that the mandate issued on Jan. 21. Since this entry is incorrect, please strike it from or otherwise correct the docket. The court further orders that the mandate not issue until further instruction."

Unaware of Steele's memo, the Justice Department filed a motion late Friday asking the court to recall the mandate, in effect preventing the release of any prisoners. The Attorney General's Office has also been reviewing the Department of Correction's calculations of merit and good-time credits for Evans and other inmates serving life sentences who now might be eligible for release.

Authorities said no inmates would be released from prison until the issue was settled.

"Any release would be inappropriate while this is still pending before the Supreme Court, and the fact that a mandate has not been issued means it is still in the jurisdiction of the Supreme Court," said Justice Department spokeswoman Lori Sitler.

Evans was convicted in 1982 of rape and sentenced to life in prison with the possibility of parole. After being denied parole three times, he argued that he should have had a conditional release date, calculated as if he had a 45-year sentence.

Before 1990, life with parole in Delaware was considered to be a 45-year term for determining eligibility for parole and accelerating parole eligibility through merit and good-behavior credits. Citing a ruling it made in a 2003 case, the court sided with Evans and extended the 45-year criteria in the parole statute to the state's conditional-release statute.

## BIRTHS

**CHRISTIANA HOSPITAL**
**Augustine** — Michelle and Malcom, Newark, Jan. 29, son.
**Evans** — Laurie and Thomas, Middletown, Jan. 31, daughter.
**Henn** — Traci and Michael, Newark, Jan. 13, daughter.

## Reglaze Tubs

Now $225  Reg. $275

Tub & Wall Liners Now 10% off
with Coupon • Expires 3/31/05
Custom Colors

Call Now for a FREE ESTIMATE
1-888-639-9988
Designer Liners and Resurfacing

THE BIBLE

" All we like Sheep have Gone astray; we have Turned everyone to his own way and the Lord had help us find our way. The Court Understands. Errors Evidentiary Record docket numbers etc; Incorrectly VITAL Records misfiled my Name. I sought Civil Rights Interpretation of Civil Rights." Yoruba African