

**FLORIDA DEPARTMENT OF**
# HEALTH

Jeb Bush
Governor

John O. Agwunobi, M.D., M.B.A.
Secretary

---

TO OBTAIN AND USE A FLORIDA BIRTH RECORD UNDER FALSE OR FRAUDULENT PURPOSES IS A THIRD
DEGREE FELONY PUNISHABLE BY THE TERMS SET FORTH IN FLORIDA STATUTES.

DATE:

RE: **NOV 23 2004**

NAME: Michael Awala

TO WHOM IT MAY CONCERN:

We acknowledge receipt of your correspondence.  Only those paragraphs checked
apply to your correspondence.

☑ Please complete the enclosed application form and return it to us with the
required fee along with PHOTO IDENTIFICATION.

☐ You did not send us the fee required by Florida Law for the service
requested.

☐ Requirement for ordering a birth certificate.  Applicant must be PARENT,
SELF, (IF 18 YEARS OF AGE), LEGAL REPRESENTATIVE, OR GUARDIAN.

☐ Since the event for which you seek did not take place in Miami-Dade County
Florida, we suggest that you address your request to:
We cannot process your request for a death record because
the years 1914 until 2002 is on micro film and our microfich
machine is broken.

☑ Acceptable forms of identification;  DRIVER'S LICENSE, STATE IDENTIFICATION,
CARD, PASSPORT, AND/OR MILITARY IDENTIFICATION CARD.

☐ We are returning your fee.  NO PERSONAL CHECKS ACCEPTED, ONLY MONEY ORDERS,
OR CASHIER'S CHECKS.

☐ The birth record on file in this office does not show a given mane, Please
complete enclosed forms and sent them to our State Office of Vital Statistics,
P. O. Box 210, Jacksonville, Florida 33321.

☐ Please complete application for birth certificate along with an affidavit
stating your identity and relationship to child.

☐ We have made a search of our DEATH, BIRTH record as requested and do not
find this record on file.  FEE FOR SEARCH $            ,receipt attached, also
you may use the enclosed application to be sent to our State Office of
Vital Statistics for further search of records.

☐ We are returning your personal check of $_____.

☒ We are turning your fee of $ _1_X_ , the correct fee is $ _140:00_ .

* Vital Office were not limited
to Mistake or The Statute of
Limitation to Errors Death/
"BIRTH MISTIES or Damages

---

Ph 305-324-2489

MAURICE Darden, OMC Manager
Miami-Dade County Department of Health
1350 N. W. 14th. Street, Room #3

Fax. 305-324-2446



Jeb Bush
Governor

**FLORIDA DEPARTMENT OF**
**HEALTH**

John O. Agwunobi, M.D., M.B.A., M.P.H.
Secretary

February 8, 2005

Gbeke Michael Awala
125 Cemetery Road
Woodstown, NJ  08098

Dear Mr. Awala:

I've been asked to review your file and to respond to your recent correspondence received by Secretary Agwunobi, as well as myself.

Given the information that you've provided regarding your birth and your adoption, I have not been able to locate a birth record placed on file in the State of Florida.

While you have given this office extensive background information, in order to file a Delayed Certificate of Birth you must meet the criteria set by Florida Statutes, and Florida Administrative Code, regarding evidence proving your facts of birth.

If you are unable to meet the filing requirements established by Florida Statute, and Administrative Code, you may wish to petition a Circuit Court either in your county of birth, or your county of residence.  I am providing a copy of the Florida Statute that covers filing by a Circuit Judge (382.0195 F.S.) for your review, as well as a one-page petition, Form DH744, which may assist you with the process.  Should the court need the follow-up filing form, DH745, they may write to this office and request the form in question.

Should you have further questions, or need clarification, please do not hesitate to contact my office at (904) 359-6900 ext. 1001.

Sincerely,

Kenneth T. Jones
Deputy State Registrar
Office of Vital Statistics

KTJ/lk

*All evidentiary documents have been withheld or conceal by Homeland Security Somewhere "Baltimore Airport"
CIVIL NO:

2/23/05.

(Exhibit e)

# Salem County Correctional Facility



WARRANT IDENTIFICATION

Name: AWALA        GBEKE        O.            SCIB #    31888

DOB - 05/17/1971        S.S. # 085843872        Sex:  M        Race: B

Heigth: 5' 6"        Weight:  150        Eye Color: BROWN        Hair Color: BLACK

Complextion:  DARK        Body Type:    MED

Commitment Date:  08/13/2004        Commiting Agency: DEUSM0200

2/24/05



91 - 04- 0010043
039 hs

(18d)



# PETITION FOR DELAYED BIRTH CERTIFICATE

*In the Circuit Court*
*State of Florida*
County of _DADE County_                                                    File Number _____

Petitioner respectfully says that:

No birth certificate has been file for him or her and as evidence thereof, petitioner has attached an official statement

to that effect from the official custodian of the birth records of the state of _____

being the State of his or her birth.

Petitioner's full name is _GBEKE_ (First) _MICHAEL_ (Middle) _AWALA_ (Surname – Maiden, if female)

_MALE_ (Sex). His or her residence is _3601 NW 210 CARROLL CITY - MIAMI_ (Street Address) _____ (City), Florida.

He or she was born on _MAY_ (Month) _17_ (Day) _1971_ (Year)

at _MIAMI_ (City or Town) _DADE_ (County) _FL_ (State)

That petitioner's father's name was (or is) _MOSES_ (First) _HIME_ (Middle) _AWALA_ (Last)

birthplace of father _FRANCE_ _PARIS - EUROPE_ (State or country if not in the U.S.)

Maiden name of mother _DORCAS_ (First) _CALLENDAR_ (Middle) _BROWN_ (Last – Maiden)

birthplace of mother _U.S. VIRGIN ISLAND, ST THOMAS_ (State or country if not in the U.S.)

Date of marriage of parents _On/around 1969_

and petitioner prays that an order be entered by this court, certifying such facts.

(Signature) _____

If not signed by petitioner,
state relationship to petitioner _____

Subscribed and sworn to before me this _24th_

day of _February_ , _2005_

(Notary Signature) _____

_A Joseph Essington_ (Printed Name of Notary)

Personally Known _✓_ OR Produced Identification _____

Type of Identification Produced _____

(Seal)

As corroboration of the petitioner's sworn statement of the facts of birth, there may be presented the following documents including but not limited to:

Military Service Record.

Census Record.

School Record.

Application for Insurance Policy.

Affidavit from the attending Physician or Midwife.

Application for Marriage License.

Birth Certificate of Petitioner's Child.

Social Security Application

Voter's Registration Record.

**A. JOSEPH ESSINGTON**
**Notary Public of New Jersey**
**My Commission Expires Nov. 07, 2007**

For Binding

INSTRUCTIONS ON BACK
Please read before completing this form

Margin Reserved

DH 744, Jun 97 (Obsoletes previous editions which may not be used)

382.0195  Court-issued delayed birth certificate.--

(1)  In addition to the provisions of s. 382.019, any state resident or person born in this state who does not have a birth certificate may, at any time after birth, file a petition in the circuit court in the county of residence or in the alleged county of his or her birth, setting forth the date, place, and parentage of birth and petitioning the court to issue a delayed birth certificate. The petition must be on a form furnished by the department and must be accompanied by a certified statement from the state registrar of the alleged state of birth, stating that, based on the facts submitted by the petitioner, a birth certificate for the petitioner is not on file.

(2)  Upon the filing of the petition, the court shall hold a hearing at which time such evidence may be presented as may be required by the court to establish the fact of the petitioner's birth and the date, place, and parentage of his or her birth. However, a certificate may not be granted based solely on the uncorroborated testimony of the petitioner.

(3)  If the evidence is sufficient, the court shall issue a delayed birth certificate on a form furnished by the department. Documentation submitted by the petitioner in support of the petition shall be recorded on the delayed birth certificate.

(4)  The original and court copies of the delayed birth certificate issued by the court shall be distributed as follows:

(a)  One copy shall be filed in the circuit court as a permanent record.

(b)  If the birth occurred in this state, one copy shall be delivered to the petitioner and the original shall be mailed to the department by the clerk of the court within 10 days after the delayed certificate is issued by the court.

(c)  If the birth occurred outside this state, the original certificate plus one copy shall be delivered to the petitioner by the court.

(5)  A delayed birth certificate issued by a court pursuant to this section and registered with the department may not be amended except by court order.

History.--ss. 1, 5, 6, 10, ch. 21931, 1943; s. 1, ch. 22887, 1945; s. 24, ch. 63-559; ss. 19, 35, ch. 69-106; s. 7, ch. 73-299; s. 24, ch. 73-334; s. 118, ch. 77-147; s. 7, ch. 83-230; s. 16, ch. 87-387; s. 667, ch. 95-148; s. 101, ch. 97-237.

Note.--Consolidation of former ss. 382.40, 382.44, 382.45, 382.48; former s. 382.018.

* Awaiting A letter for Records: per

Governor : Jeb Bush

(19b)

```
Citation/Title
6 USCA § 272, Citizenship and Immigration Services Ombudsman
```

*48740 6 U.S.C.A. § 272

## UNITED STATES CODE ANNOTATED
### TITLE 6. DOMESTIC SECURITY
### CHAPTER 1--HOMELAND SECURITY ORGANIZATION
### SUBCHAPTER IV--DIRECTORATE OF BORDER AND TRANSPORTATION SECURITY
### PART E--CITIZENSHIP AND IMMIGRATION SERVICES

*Current through P.L. 108-236, approved 6-15-04*

## § 272. Citizenship and Immigration Services Ombudsman

(a) In general

Within the Department, there shall be a position of Citizenship and Immigration Services Ombudsman (in this section referred to as the "Ombudsman"). The Ombudsman shall report directly to the Deputy Secretary. The Ombudsman shall have a background in customer service as well as immigration law.

(b) Functions

It shall be the function of the Ombudsman--

(1) to assist individuals and employers in resolving problems with the Bureau of Citizenship and Immigration Services;

(2) to identify areas in which individuals and employers have problems in dealing with the Bureau of Citizenship and Immigration Services; and

(3) to the extent possible, to propose changes in the administrative practices of the Bureau of Citizenship and Immigration Services to mitigate problems identified under paragraph (2).

(c) Annual reports

(1) Objectives

Not later than June 30 of each calendar year, the Ombudsman shall report to the Committee on the Judiciary of the House of Representatives and the Senate on the objectives of the Office of the Ombudsman for the fiscal year beginning in such calendar year. Any such report shall contain full and substantive analysis, in addition to statistical information, and--

(A) shall identify the recommendations the Office of the Ombudsman has made on improving services and responsiveness of the Bureau of Citizenship and Immigration Services;

(B) shall contain a summary of the most pervasive and serious problems encountered by individuals and employers, including a description of the nature of such problems;

*48741 (C) shall contain an inventory of the items described in subparagraphs (A) and (B) for which action has been taken and the result of such action;

(D) shall contain an inventory of the items described in subparagraphs (A) and (B) for which action remains to be completed and the period during which each item has remained on such inventory;

© 2004 West, a Thomson business. No claim to original U.S. Govt. works.



You are hereby notified that the below-described vehicle, registered in your name, has been towed and stored by the Delaware River & Bay Authority Police for the reason checked below:

[  ] **Tagged Abandoned Vehicle**

[  ] **Abandoned Vehicle**

CPG – 302-658-6121

[  ]

[  ] **Recovered Stolen Vehicle**

Contact _DRBA PD_

[  ] **Seized**
[  ] **Impounded**  **Vehicle** (circle one)

Confiscated or held for investigation. You must contact
DRBA Station # _1_
Phone _302-571-6343_  / DRBA **Police**

[  ] **Accident**

Accident Location: _____

[X] **Other**

Reason: _Exp. Tags, No Insur. / Exp. Ins_

At the time of storage, attempts were made to contact you with negative response. The vehicle listed below may be sold after thirty (30) days, if not claimed or towing and storage costs are not paid. For further information, contact the DRBA **Police** Please refer all correspondence or inquiries to _DRBA Police_

**If you have claimed this vehicle, or if this matter has been resolved, please disregard this notice.** Thank you for your cooperation in this matter.

---

## VEHICLE STORAGE FORM

Date Towed: _8-13-04_    Complaint Number _0404-018043_    Make _Ford_

Year: _90_    Model: _Pck Truck_    Color: _White / Orange_    NCIC   P   Ⓨ   N  (circle one)

Vin: _2FDYF37M1LCA13205_    Reg: _None_    State: _None_    DELUS   P   Ⓝ  (circle one)

Operator: _U Haul Co_    Address: _1108 Robstown Rd, Louisville Ky 40213_

Owner: _Auglo Cabena Ⓣ_    Address: _248 S 5th Ave, Mount Vernon NY 10550_

Owner/Operator Notified  (Yes)  No  If Not, Why: ___    Date: _8-13-04_
(circle one)

By Whom: _PH Hawkins_

Inventory: Radio / Tape / CD / CB / Phone / Other (specify): _Personal Items Garbage_

Damage: _____

F ___    R ___    Comments: _____

(if applicable)

Criminal Seizure: ___ Yes   Circle   No Insurance   Revoked or Suspended License   D.U.I.

Impounded: ___ Yes   Reason   Fictitious Reg.   Unsafe Motor Vehicle   Other _Exp. Ins_

Tow Requested By: Owner (Veh.) / Owner /Property / Police  Authorizing Supervisor
(circle one)

Release To: ___

Owner's Signature is 30 apt. trip.

_PH D Hawkins_

Special Release Instructions: ___    Date: _08/13/04_    By: _Sgt. Cook, 2003_

Towed From: _1205 Rt. 9 Last Falls_    Trooper: _PH D Hawkins 2146_

Towed To: _CPG 658-6121_    By: _W Sharpley  AFA_    Date:
                                              Tow Company Signature

Tow Company Disposition: ___

Reviewer/Date: _____    OCA #: _____

Storage Code By: ___    Date: _8/18/04_

Cancelled Date ___    By Whom ___

DRBA 384 (9/93)

#20

OWNER/OPERATOR COPY

**NOTICE TO CLAIM VEHICLE**

Date: 02/10/2005
Time: 14:22
Receipt#: 564228
Officer Printing Receipt: 21683

Name: AWALA, GBEKE O.
Booking#: 2004-1936
 PCP#: 31888


Section: GEN/POPULATION
 Block: A-3
 Cell: 12
 Bed: A


Date/Time      Code       Amount
-------------------------------------
Description    Type       Check
-------------------------------------
02/10/2005 14:21 WithDrawal    -4.50
6 COPIES
            CC
Cost Recovery Disbursement
Receipt #: 564228
Descript: 6 COPIES
Amount: 4.50

  Total All Transactions   -4.50
Beginning Balance: .00
Ending Balance: .00                    (12)

==============================
Inmate Signature Line

                    * Presently and Currently on
                      Indigent Status.
==============================
Officer Signature Line

"GRIFFIN-DOUGLAS Equality" _ Griffin v. Illinois " There
Can be no equal Justice where the Kind of TRIAL
A man gets depends on the Money He has. 351, U.S. 12,
76 S.Ct. 585, 100 L.Ed. 891 (1956). "TRANSCRIPT of all
Proceedings and MOTIONs was Furnished free only to
Indigent Inmate."

                    (21)

# CIA told to release records on Iraq

### By LARRY NEUMEISTER
Associated Press

NEW YORK — A federal judge Wednesday ordered the CIA to comply with the Freedom of Information Act and turn over to watchdog groups records concerning the treatment of prisoners in Iraq.

The spy agency also was given the option of explaining better why it cannot release the documents.

"Congress has set the laws, and it is the duty of executive agencies to comply with them," U.S. District Judge Alvin K. Hellerstein wrote.

It was the second time in six months that the judge suggested the government was impeding the American Civil Liberties Union's quest to monitor government actions in the war on terrorism.

The ACLU filed its lawsuit in October 2003 seeking information on treatment of detainees in U.S. custody and the transfer of prisoners to countries known to use torture. The group is seeking the records to show that prisoner abuse by the United States is "not aberrational but systemic."

The CIA had claimed a provision in the Freedom of Information law allowed it to retain files pertaining to national security issues or state secrets.

The judge said the CIA did not follow proper procedure to claim that exception, which requires a declaration by the CIA director.

ACLU lawyer Jameel Jaffer said he was interested in the CIA's documents because there have been credible allegations about the agency's role in the abuse and torture of detainees.

"What we want is to get this information into the public domain as quickly as possible," he said. "I'm hopeful that just bringing some of this activity to light will convince the government to change its policies."

Megan Gaffney, spokeswoman for the U.S. Attorney's Office in Manhattan, which represents the CIA in the case, had no immediate comment.





NOW
SUPER BOWL XXXIX
SUPER B

20% to 27% Off
Eagles NFC Champion T-Shirts
Reg. $20 to $22
15.97
Mens sizes M to XXL

25% Off
Boys Eagles NFC Champion Short Sleeve T-Shirts
Reg. $20
14.97

09/12/2004    04:46    JP COURT 11 → BRIDGE

09/12/2004    02:58    JP COUR   1 → BRIDGE

NO. 246    D001

Adult Complaint and Warrant
In the Justice of the Peace Court
In and for the
State of Delaware

State of Delaware vs. GBEKE O. AWALA

I, PTL HAWKINS (2196) of DEL. RIV & BAY AUTH, do hereby state under oath or affirmation, to the best of my knowledge, information and belief that the above-named accused violated the laws of the State of Delaware by committing criminal acts in New Castle county on or about the date, or dates, and at or about the location, or locations, as indicated in Exhibit A hereto attached and made a part hereof.

Wherefore, your affiant prays that the above-named accused may be forthwith approached and held to answer this complaint consisting of 1 charge, and to be further dealt with as the law directs.

X Ptl. D. Hawkins 2196
Affiant

Sworn to and subscribed to before me this 12th day of August AD 2004.

Wayne R Hamby
Judge/Commissioner/Court Official

To be completed by the Judge/Commissioner/Court Official:

A. _____ The crime was committed against
B. _____ A misdemeanor was committed against a child.
C. _____ A misdemeanor was committed by one family member against another family member.
D. _____ Other: Explain

Warrant

To any constable or other authorized person:

Whereas, the foregoing complaint consisting of 1 charge, having been made, as listed in Exhibit A which is attached hereto and incorporated herein, and having determined that said complaint has been properly sworn to and having found that there exists probable cause for the issuance of process, based upon the affidavit of probable cause which is attached hereto and incorporated herein as Exhibit B, you are hereby commanded in the name of the State of Delaware, to take GBEKE O. AWALA accused, and bring same before

Justice of the Peace Court 11, FORTHWITH, to answer said charge.

GIVEN UNDER MY HAND, this 12th day of August AD 200

Wayne R Hamby
Judge/Commissioner/Court Official

Executed on 08/12/2004 by HAWKINS
Case Number: 04 08 014599    Warrant Number: 91 04 000161

(13)    CIVIL NO:

08/12/2004   02:58   JP COURT 11 → BRIDGE                                    NO.248   0003

State of Delaware vs. **GBEKE O. AWALA** Case: 04 08 014599

## Exhibit B

SBI Number: **T1900711**                    Also Known As:
Date of Birth/Age: **May 17, 1971 (33)**    Sex: **Male**                              Race: **Black**
Eye Color: **Brown**      Hair Color: **Black**              Height: **5'6"**   Weight: **150 lbs**
Driver's License: **NY - 584824991**        Social Security Number: **000000000**

Address:  **748 S 5th AVE**
          **170 4TH AVE H4V2M7 MONTRAL QC**
          **MOUNT VERNON, NY 10550**
Phone:    **(514) 368-4370**

Employer:

Date and Times of Offense: **08/12/2004 at 0019**
Location of Offense: **.05 E RT 9 - New Castle, 19720**

Your affiant PTL HAWKINS can truly state that: I have been sworn officer with the DRBA POLICE for 3 years. On 08-12-04 at 0019 hrs I was dispatched to DMB West Tolls for a subject in LN 6 with no funds or valid ID. Upon arrival, I observed a white and orange Ford box truck with NY registration 85826JN in DMB West Toll LN 6. The driver of the vehicle(AWALA,GBEKE, O 05-17-1971) had a NY drivers license 584824991 which was expired and suspended on 05-17-2000. A computer check revealed the vehicle had fictitious registration and the driver was wanted by Immigration & Customs Enforcement for investigation. These offenses occurred in New Castle County, DE. and in the jurisdiction of this agency. I made contact with Immigration & Customs Enforcement Representative Brady Goff, who sent confirmation via facsimile that the above subject is to be detained under Federal Regulations 8 CFR 287.7, for not more than 48 hours. Immigration & Customs Enforcement will obtain custody for further investigation to determine whether this person is subject for removal from the United States. It was noted that this person is a previous deported felon.

Affiant: PTL HAWKINS (2196) of DEL. RIV & BAY AUTH

Victim:                          Date of Birth             Relationship Victim to Defendant
SOCIETY/PUBLIC                                             Victimless Crime

X- PTL. D. Hawkins 2196
                    Affiant
Sworn and subscribed before me this 12th day of August AD, 2004

                                                    Judge/Commissioner/Court Official

                 (2♠)⁹ civil.no.

08/12/2004    04:46    JP COURT 11 → BRIDGE

08/12/2004    02:58    JP COUR 1 → BRIDGE                                    NO.246   D002

State of Delaware vs. **GBEKE O. AWALA** Case: 04 08 014599

## Exhibit A

Charge Sequence: 001   Police Complaint Number: 91 04 012043      Arrest Number: 304712
Charge: **Fugitive from Another** State In Violation of 11 <u>Del.C.</u> § 2513 0000 M
Location: .05 E RT 9 - New Castle, 19720
TO WIT: GBEKE O AWALA, on or about the 12th day of AUGUST, 2004, in the County of NEW
CASTLE, State of Delaware, did unlawfully be a Fugitive in the State of DELAWARE, in NEW
CASTLE County, where it is alleged that he is wanted for IMMIGRATION AND CUSTOMS
ENFORCMENT INVESTIGATION.

( 24 )ᵇ CIVIL NO.

| Page: 2 | Report Date: 08/12/2004 | Agency: Delaware River & Bay Authority | Complaint: 91-04-012043 |

## Investigative Narrative - Continued

agreed that it would un- necessary to charge D with any other traffic offenses. D filled out a pedigree form that listed an alternate address of 170 4th ave H4V2M7 Montreal QC.  D was arraigned before JP 11 Judge Hanby and given a commitment to Gander Hill Prison to await extradition. NFD

| Reporting Officer | Supervisor Approval | |
|---|---|---|
| PTL HAWKINS   - 2196 2 | ALBERT W LITTLETON    OJRAAWL  Date 08/16/2004 | |
| Detective Notified | Referred To | |

| Solvability Factors | ☐ Witness | ☐ M. O. | ☐ Trace Stolen Property | ☐ Suspect Named | Status |

For Court Use Only                    Date: 08/12/2004
BAIL AND DISPOSITION SHEET            Page: 1
STATE VS. GBEKE O AWALA               DOB: 05/17/1971

Charge: 001 : Fugitive from Another State
Uniform Case: 0408014599    Title: 11 Section: 2513 Subsection: 0000 Type: M Class:
Plea:_____ Bail: Hold w/o Bond Cash:____ Secured:____ Unsecured:____ Cosigner:____ OR:____
Transfer is to: CCP:____ Family Court:____ Superior Court:____ V A C:____ JP Court:____
Disposition Date:_____ Disposition:_____
Fine:_____ Costs:_____ VCF:_____ VRF:_____ Drug:_____ VPF:_____ Restitution:_____ Total:_____

Period of Incarceration:_____

Bail Notes(ie reasons for secured bail): Previously Deported Felon - See Attached Detainer
(Immigration Detainer File No. A74190250 dtd 08-12-04) - As per 18 USC Sect. 3041 And 11 DE
Sect. 2104 - Flight Risk - For Appearance at U.S. Magistrate 08-12-04 at 10:00AM

Receivable Notes:_____

called: 5:18AM
DRBA PD Video (HAWKINS)
Disposition Notes:_____ —Detain Without Bond—
                        For Appearance before The United States Magistrate
                        on Thursday August 12, 2004 at 10:00AM

No Contact Order:  No_____ Yes_____ Charge Numbers:_____

Represented by Counsel:  No_____ Yes_____ Counsel's Name_____

Court interpreter needed: No__/__ Yes_____ If yes, what language? _____

Clerk:                                      JP CT-11   08-12-04
1) prepare Prepare Handwritten            Wayne R. Hamby    5:21 A.M.
   committment                            _____
                                          Arraigning Justice of the Peace

2. Fax entire case
   To Judge Lee at                        _____
   JP CT. 13                              Sentencing Justice of the Peace
   for follow-up with
   A.G.'s office
            WRHamby

(24d)(civil #)

U. S. Department of Justice

Civil Rights Division

TW: bl
DJ 144-48-0

*Washington, D.C. 20530*

January 14, 2005

Mr. Gbeke Awala
Unit A-3
Salem Corr. Fac.
125 Cemetary Road
Woodstown, New Jersey 08098

Dear Mr. Awala:

This is in reply to your correspondence concerning your request for information on the Yoruba language.. We apologize for the delay of this response.

The Department of Justice does not have available for distribution the material you seek. Accordingly, we are unable to be of assistance to you.

You may wish to contact your local library for whatever information it may have available.

Sincerely,

*Theresa Weathers*

Theresa Weathers
Civil Rights Division

* attempt to
Interpret names
used.

(25)ᵃ Awala

(New Castle County)
Public Defenders Office
820 N. French Street
5th Floor
Wilmington, DE 19801

(Kent County)
Public Defenders Office
530 S. State Street
Dover, DE 19901

(Sussex County)
Public Defenders Office
14 The Circle
South Bedford Street Entrance
Georgetown, DE 19947

**Complaints concerning attorneys should be addressed to**:

Office of Disciplinary Counsel
200 West Ninth Street,
Suite 300-A
Wilmington, DE  19801

**Fee Disputes Committee:**

Benjamin Strauss, Esq.
302-777-6564

In order to assist you if you do elect to contact any of the above mentioned, your
correspondence is being returned to you

Delaware State Bar Association

IN THE JUSTICE OF THE PEACE COURT OF THE

STATE OF DELAWARE IN AND FOR NEW CASTLE COUNTY

COURT NO. 11

COMMITMENT

The State of Delaware

GBEKE O. AWALA County, ss.

To any constable and to the Department of Correction of the said State and County:

THIS IS TO COMMAND YOU, the said constable, forthwith to convey and deliver into custody of the Department of Correction of NEW CASTLE the body of GBEKE O. AWALA charged before said Justices of the Peace Court

On oath by PTL. HAWKINS with violation of the below stated offenses of the Delaware Code of 1953 as amended.

AND WHEREAS, by my judgment the said defendant is committed in default of $ WITHOUT bail only. Appearance in UNITED STATES MAGISTRATE for ARRAIGNMENT on THURSDAY, AUGUST 12, 2004 at 10:00AM.

AND YOU, the said Department of Correction, are hereby required to receive the said defendant into your custody and him safely keep, until he be thence delivered by due course of law.

GIVEN under my hand and seal this 12TH day of AUGUST, A.D. 2004.

_Wayne R. Harris_
Justice of the Peace
5:45 AM

Bail Condition: _____

The total number of charges is 1

| Case No. | Statute | Offense | Amount of Bail |
|---|---|---|---|
| 0408014599 | 11:2513 | FUGITIVE from ANOTHER STATE see DETAINER | without bail |

| Name: | SBI: | SEX | RACE: | DOB: |
|---|---|---|---|---|
| GBEKE O. AWALA | T1900711 | M | B | 05/17/1971 |

Criminal Form 6 (Rev 9/86)

DOC# 02 13 86 09 3



# Illinois Department of Public Health
## APPLICATION FOR SEARCH OF BIRTH RECORD FILES
### The state began recording birth records on January 1, 1916.

*Thank you*

The Division of Vital Records offers you a choice between two types of certified copies of birth records. For $15.00, you can receive a certified copy (photocopy of original) or for $10.00 you can receive a certified computer generated abstract of the original record. The $10.00 version comes in two sizes and does not list parents' names. One is approximately 6" X 8 1/2" and the other is wallet size.

All versions are certified by the state of Illinois and are acceptable for all legal purposes.

Additional copies of the same record requested at the same time are $2.00 each.

Please indicate below the type and number of copies requested and return this form with the proper fee.

| CERTIFIED COPY $15.00 Each | CERTIFICATION $10.00 Each | BIRTH CARD (wallet size) $10.00 Each |
|---|---|---|
| Amount enclosed $_____ for_____copies | Amount enclosed $_____ for_____copies | Amount enclosed $_____ for_____copies |

Make check or money order payable to ILLINOIS DEPARTMENT OF PUBLIC HEALTH. DO NOT SEND CASH

| FULL NAME | First | Middle | Last |
|---|---|---|---|
| MOSES | HIME | AWALA | |

**PLACE OF BIRTH** / *Death*  Hospital    City or Town    County    State

CHICAGO'S- NORTH- LAWNDALE, NEIGHBORHOOD - Cook County- IL 60601

| DATE OF BIRTH | Month | Day | Year | SEX | BIRTH NUMBER IF KNOWN / *Death date.* |
|---|---|---|---|---|---|
| | 10 | 15 | 1945 | MALE | December 25, 1974 |

| FATHER | First | Middle | Last |
|---|---|---|---|
| | CHESTER | | HIME |

| MOTHER | First | Middle | Maiden Name | Married Name |
|---|---|---|---|---|
| | CHRISTIANA | ORITSHETAFOR | | HIME (AWALA) |

**APPLICATION MADE BY**  Gbeke M. Awala

NAME (written signature)

125 Cemetery Road

STREET ADDRESS

Woodstown, NJ 08098

CITY        STATE      ZIP

Son/Father- for Genealogical Purposes.

YOUR RELATIONSHIP TO PERSON

**MAIL COPY TO (if other than applicant)**  Gbeke Michael Awala

NAME

125 Cemetery Road

STREET ADDRESS

Woodstown, NJ 08098

CITY        STATE      ZIP

Genealogical Purposes.

INTENDED USE OF DOCUMENT

NOTE: Birth certificates are confidential records and copies can be issued only to persons entitled to receive them. The application must indicate the requester's relationship to the person and the intended use of the document. (SEE OTHER SIDE)

| MAIL TO | Illinois Department of Public Health, Division of Vital Records, 605 W. Jefferson St., Springfield, IL 62702-5097, 217-782-6553 |
|---|---|

VR 180 (Rev. 6/96)        Printed by Authority of the State of Illinois    P.O.#145089    50M    10/04

(27)        (Father killed in Chicago).

**COPY FOR YOUR
INFORMATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 04-90-KAJ |
| | ) | |
| GBEKE AWALA, | ) | |
| | ) | |
| Defendant. | ) | |

**RECEIVED**

OCT 1 9 2004

FEDERAL PUBLIC DEFENDER
DISTRICT OF DELAWARE

**ORDER**

At Wilmington this **18th** day of **October, 2004,**

Based on the representations made by the defendant and for the reasons

set forth by the Court during the October 18, 2004 hearing,

IT IS ORDERED that:

1.  Defendant has waived his right to counsel and will proceed in this case

as pro se.

2.  Christopher S. Koyste, Esq., formerly appointed as counsel for

defendant, is withdrawn as counsel.

3.  Christopher S. Koyste, Esq. is hereby appointed as stand-by counsel

for defendant.

_____
UNITED STATES DISTRICT JUDGE

(28)

# Prison guard gets 6 months

■ Abuse in Abu Ghraib will cost Javal Davis time, and also his career

FORT HOOD, Texas (AP) — Sgt. Javal Davis doesn't have to serve much prison time for abusing detainees at Abu Ghraib in late 2003, but once his incarceration is over, so is his prized career as a soldier.

A nine-man Army jury on Friday sentenced Davis to six months in a military prison, reduction in rank to private and a bad-conduct discharge.

The jurors deliberated more than five hours to arrive at their punishment for Davis, a former Abu Ghraib guard who admitted stepping on the hands



**JAVAL DAVIS**

and feet of handcuffed detainees and falling with his full weight on top of them.

After the verdict was read, Davis' mother, Michelle Carpenter, sobbed uncontrollably in the courtroom. Davis gave his father, Jonathan, a hug while a tear rolled down Davis' face.

"All of you who aren't my family can leave now," Davis snapped at spectators after Col. James Pohl, the judge, and the jury left the courtroom.

Davis has already been credited with a month served, and his prison term could be reduced another three weeks for good conduct behind bars, said Capt. Chuck Neill, a spokesman for prosecutors.



Newspaper Statement: Defendant Convicted of Cocaine trafficking see (admisable as Evidence), U.S. v Barry, C.A.D.C. 1992, 961 F.2d 260, 295 U.S. App D.C. 173 (Sentencing issues). News paper Interviews was used to create great deterrents due Sentence. Untimely acceptance of Guilt. to warrant deward departure points.



91-04-00012043

aq9 hus

(29)(b)

OFFICIAL USE ONLY -- TECS II INFORMATION -- OFFICIAL USE ONLY

08/12/04                    TECS II - INTELLIGENCE RECORD                    TN013016
                        >>>>> ADDITIONAL NARRATIVE <<<<<

<UNAPPROVED>                        <UNAPPROVED>                        <UNAPPROVED>
<UNAPPROVED>                        <UNAPPROVED>                        <UNAPPROVED>
REPORT ID: 04KISLZ06501 LOG/LOCAL RPT NO:                        ENTERED: 08/12/04


On 08/12/2004 at 0040, the LESC received a call from the Delaware River and
Bay Authority Police (302-571-6343) regarding a possible NCIC deported felon
hit (NIC/N100011018).  Officer Coleman stated that a SUBJECT by the name of
Gbeke O. AWALA, DOB: 05/17/1971 had been arrested after he had attempted to
run a tollbooth.  The SUBJECT in question gave the same name, DOB, and COB
(Nigeria) as are listed on the NCIC hit.  The SUBJECT was not in possession of
any Immigration documents which showed that he was lawfully present in the
U.S.  The SUBJECT admitted to Officer Coleman that he had been deported after
having been convicted for Credit Card Fraud, but the SUBJECT further stated
that his father was a United States citizen, and that he was allowed back in
the U.S. because of this.

At 0120, a detainer was faxed to the Delaware River and Bay Authority.  SA
Axel Gonzalez, the SAC Philadelphia duty agent, was contacted and advised of
the SUBJECT'S custody status.  The file was the prepped for FedEx to
Philadelphia.  No further action taken.



OFFICIAL USE ONLY -- TECS II INFORMATION -- OFFICIAL USE ONLY


(20)

REQUESTED BY:  QUACKENBUSH, EDWARD

OFFICIAL USE ONLY -- TECS II INFORMATION -- OFFICIAL USE ONLY

081204                    TECS II - LIST OF RELATED RECORDS                    PAGE  1
                                                                              TN007064

                         1 RECORD IS RELATED TO BASE RECORD
   <UNAPPROVED>                                           <UNAPPROVED>
   <UNAPPROVED>                                           <UNAPPROVED>
04KISLZ06501         INTL CLZ QUACKENBUSH      E 000000


P2647843300CLZ       AWALA          GBEKE O      B M 051771
        ZA   CONVICTED FELON, ALIEN                      SUB-SOURCE


OFFICIAL USE ONLY -- TECS II INFORMATION -- OFFICIAL USE ONLY

(33)

According to Mr. Awala, he grew up in Nigeria.  When asked, he related that
he came to the United States about ten years ago to pursue the "American
dream".  He stated that he does not speak with his mother that often.    Adopted Mother,

I believe we are all Save by the grace of
God, and ordained towards Brotherly Love, white
or Black or espanic. my American dream is my known Citizenship
I believe that Children are a gift of God
The hope of a New Tommorow. See Mattew 9:15.

I believe that Immeasurable possiblities
Lie Slumbering in each Sons and daughter.

Mr Michael Gbeke Awala moves the Court
for excluded Time according motion filed on
2004 Nov 24 Am 9:45 Mr Awala Sought
time allowing the performance of Searches of
his assets from the Government. Court Ruled Exluded
Time based on the Government No Contest.
However Mr Awala is dry of his precious
Witnesses and his not ashamed to Sue under
Sinder the berts of Iron so not to be Shut for
eternity his personal Items has listed on Case No
CR 040907 Mr Awala requested a Subpeano
of US. OMBUDSMAN, pursuent to Rule 702 and
6, U. S. CA #272, to respond to this allegation
and bear witness as a duty and head of Department.
No one Said anything, no Response from Govt. shall
Discuss matters with Directors, resolve problems amongst.    N/a Response to Motion filed.