FORM TO BE USED BY A PRISONER
APPLYING TO PROCEED IN FORMA PAUPERIS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ~~NEW JERSEY~~ DELAWARE

Gbeke M. Awala
(Enter above the full name of the plaintiff in this action)

APPLICATION TO PROCEED
IN FORMA PAUPERIS

v.

AUSA-Delaware
Homeland Security
Border Protection
DRBA Police
Koyste et al
(Enter above the full name of the defendant or defendants in this action)

Civil Action No. CV-05-097-KAJ
(To be supplied by the Clerk of the Court)

FILED
MAR 16 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I, Gbeke M. Awala, declare that I am the (check appropriate box)
☒ Petitioner / plaintiff / movant    ☐ Other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty, I am unable to prepay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

42 U.S.C § 1983
Bivens v. Six Unknown Agents Federal 403 U.S. 388 (1971) and 28 USC § 1331
Convention against Torture 1949 Geneva
Title 18 USC § 1942 and 18 USC § 201(a)(b) et seq

## FORM TO BE USED BY A PRISONER
## APPLYING TO PROCEED IN FORMA PAUPERIS

In support of this application, I answer the following questions under the penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No

   If "Yes," list dates and places of confinement for the six-month period immediately preceding the filing of this application:

   Dates of Confinement          Place of Confinement
   8/13/04                       Salem Cow. Facility

   For each institution in which you have been confined for the preceding six months, you must submit a certified copy of your prison account statement and an Account Certification Form (use attached Account Certification Forms).

2. Are you employed at your current institution?                                ☐ Yes  ☒ No

   Do you receive any payment or money from your current institution?  ☐ Yes  ☒ No

   If "Yes," state how much you receive each month: _____

3. In the past 12 months, have you received any money from any of the following sources?

   a. Business, profession, or other self-employment       ☐ Yes  ☒ No
   b. Rent payments, interest, or dividends                ☐ Yes  ☒ No
   c. Pensions, annuities, or life insurance payments      ☐ Yes  ☒ No
   d. Disability or workers compensation payments          ☐ Yes  ☒ No
   e. Gifts or inheritances                                ☐ Yes  ☒ No
   f. Any other sources                                    ☐ Yes  ☒ No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

   _____

   _____

3. Other than your prison account, do you have any cash or checking or savings account?
                                                           ☐ Yes  ☒ No

   If "Yes," state the total amount: _____

2

## FORM TO BE USED BY A PRISONER
## APPLYING TO PROCEED IN FORMA PAUPERIS

4. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles, or any other property or assets?   ☐ Yes   ☒ No

    If "Yes," please describe: _____

    _____

5. List the persons who are dependent on you for support, your relationship to each person and how much you contribute to their support.

    _____

    _____

    _____

    _____

6. Authorization and Declaration

    I, __Gbeke M. Awala  #_____
    (Print or Type Name and Number of Prisoner)

    authorize the agency having custody over me to assess, withdraw from my prison account, and forward to the Clerk of the District Court for the District of New Jersey (1) an initial partial filing fee equal to 20% of the greater of the average monthly deposits to my prison account or the average monthly balance in my prison account for the six-month period immediately preceding the filing of the complaint, and (2) payments equal to 20% of the preceding month's income credited to my prison account each month the amount in the account exceeds $10.00, until the $150.00 fee is paid. 28 U.S.C. § 1915(b)(1) and (2).

    I declare under penalty of perjury that the information contained in this application is true and correct.

    __3/14/05__                                __[signature]__
    DATE                                           SIGNATURE OF APPLICANT

(Note to Applicant: forward a copy of this Account Certification Form to each Institution in which you have been confined for the six-month period prior to the date of this application.)

## ACCOUNT CERTIFICATION FORM

I certify that the attached trust fund account statement (or institutional equivalent) is true and correct.

_3-13-05_    _c/o J. T. Hosle_
Date         Authorized Officer of Institution

**NOTICE TO PRISON OFFICIALS:** Pursuant to the Prison Litigation Reform Act, you will be obligated to forward payments to the appropriate United States District Court if the prisoner herein is granted leave to proceed in forma pauperis. 28 U.S.C. § 1915(b)(2) (April 26, 1996). Pursuant to that statute, once an initial partial fee is paid, the prison official in charge of the prisoner's account must forward payments of 20% of the income credited to the prisoner's account during the preceding month, each month the amount in the account exceeds $10.00, until the entire filing fee has been paid.

-------------------------------------------------------------------------------
(Cut along dotted line)

(Note to Applicant: forward a copy of this Account Certification Form to each institution in which you have been confined for the six-month period prior to the date of this application.)

## ACCOUNT CERTIFICATION FORM

I certify that the attached trust fund account statement (or institutional equivalent) is true and correct.

_3-13-05_    _c/o J. T. Hosle_
Date         Authorized Officer of Institution

**NOTICE TO PRISON OFFICIALS:** Pursuant to the Prison Litigation Reform Act, you will be obligated to forward payments to the appropriate United States District Court if the prisoner herein is granted leave to proceed in forma pauperis. 28 U.S.C. § 1915(b)(2) (April 26, 1996). Pursuant to that statute, once an initial partial fee is paid, the prison official in charge of the prisoner's account must forward payments of 20% of the income credited to the prisoner's account during the preceding month, each month the amount in the account exceeds $10.00, until the entire filing fee has been paid.

SALEM COUNTY CORRECTIONAL FACILITY

Date: 02/10/2005
Time: 14:22
Receipt#: 564228
Officer Printing Receipt: 21683

Name: AWALA, GBEKE O.
Booking#: 2004-1936
  PCP#: 31888

Section: GEN/POPULATION
 Block: A-3
  Cell: 12
  Bed: A

Date/Time    Code    Amount
-----------------------------------
Description  Type    Check
-----------------------------------
02/10/2005 14:21 WithDrawal    -4.50
6 COPIES
        CC
Cost Recovery Disbursement
 Receipt #: 564228
 Descript: 6 COPIES
 Amount: 4.50

   Total All Transactions   -4.50
Beginning Balance: .00
  Ending Balance: .00

================================
Inmate Signature Line

_____
Officer Signature Line

(12)

Computer Certification:

#-57.50   3-13-05