FILED
MAR 29 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES OF AMERICA
FOR THE DISTRICT OF DELAWARE

GBEKE MICHAEL AWALA,
  Plaintiff,

v.                                         CIVIL NO: 05-097-KAJ

DRBA PD-DELAWARE,
HOMELAND SECURITY, etc.

MOTION FOR: MODIFICATION RELIEF SOUGHT.

NOW COMES, Gbeke M. Awala Pro Se, respectfully moves, the Honorable court, and the Most Noble Exellent in Dignity and Power, Honorable, Judge, Kent A. Jordan, also known as Wonderful, Counsellor, the everlasting Judge, The Judge of Peace. The plaintiff moves in essence and in Integrity, if approved by the Court, would modify the relief sought by this Civil Action, and for reasons thereof states: Pursuant to Rule 16.1

(1) Pleading Claims for Damages: pursuant to Local Rules of Civil procedures to Federal Rules of Civil procedures Rule 5.1.1 et seq; and Rule 16.1 et seq; The plaintiff had inter alia submitted a pleadings containing allegations sufficient to establish the Jurisdiction of the Court, to reveal whether the case is or is not subject to arbitration under local Rule 53.2.

(2) The plaintiff also specify the nature of the damages claimed e.g. Compensatory, Punitive or both, Containing the specific dollar amount claimed, but the Plaintiff would amend the relief sought by this Motion, if approved, the Government as not filed any Brief in opposition, together with such answer or other response which may be appropriate, within the 14 days after service of the motions, or Interim Conferences as the Judge may direct, it is ambiguous, whether, as it is written in the book, "Every uncontested motion shall be accompanied by a 'Certificate of Consel' that such motion is uncontested. The law is equiual to comply with.

(1-4)

<u>CERTIFICATE OF SERVICE</u>: Mr. Awala is indigent and could not serve upon the Solicitor General or Attorney for the defendants. Seeks the Court's assistance.

---

✓ (See Legal Issues page. 3-4)

(a). For the same reason, Plaintiff invokes the Court Rulings. 'that the decision of the Court of appeals conflicts with this Court's cases allowing state Law to impose liability greater than the liability imposed by federal law.' Such cases, including <u>English v General Electric Co., 496 U.S. 72 (1990)</u> and <u>California v. ARC America Corp., 490 U.S. 93 (1989)</u>, address situations in which there is no conflict between the State's imposition of greater liability and federal law.

Here, as in <u>English</u>, Plaintiff urges the Court to grant review on the basis of 'divergent decisions emerging from the lower Courts. In fact, the Lower Courts have uniformly found state laws comparable to the one at issue here to be preempted. Plaintiff Awala, Notwithstanding decisions concerning imposition of liability greater than or that may deems greater than the offense Severity, moves to modify dollar amount claimed If the Court permits and the opposing Counsel for the defendants responds on Timely fashion as proposed herein. See also: Wallis v. Pan American Petroleum Corp., 384 U.S. 63 (1966). et seq.

(b) Plaintiff also awaits the Court's decision over MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS. Filled inter alia: Equal protection – as per filing fees. $250.00 order Court $100.00?

(2-4)

(3). Damages Claimed Or Relief Sought: The plaintiff had Submitted claimed items under a Seperate descriptive heading: personal Injury, Loss of profits—(Baseball Ticket -1947), deprivation of Civil rights, pain, Suffering, performance due under a Contract. Mr. Awala has provided an extensive detailed description of each item, and stated the amount claimed.

## (A.) LEGAL ISSUES: (a)-see page (2-4).(a)(b).

(1) Legal Issues that must be decided headings for Liability and damages: In this Case in Chief. by allowing the Plaintiff. If it seems good unto you, Your Honour, and that it be of the Lord or God.

(a) Misconduct in Situations in which the DRBA PD - Police et al, Involvement in the Leading Violation of TITLE 18 U.S.C.A Section 1462, a Violation of Obscenity Laws of the United States Code. for reasons thereofe - "Naked, abuse, venereal over the Video Court. For the same reason, Plaintiff sought or Seek a Connivance Co-operation of the defendant, If the Court approves. To make up for Wrong Conduct, or Misconduct. "See Discovery".

(b) Mr. Awala, Herein Petitioner/Plaintiff, Contends For "prospects of amicable settlement, If the Court finds it ample in this Case. Those decisions Concern the issues. Whether to Impose liability for damages as Sought by the Plaintiff, or whether the Liability Sought is greater than the Liability Imposed by Federal Laws.

(2). To satisfy the principal amount of damages claimed, or relief sought. in addition to paragraph (1) herein: aforesaid.

(1) 42 U.S.C section 1983: as written is repugnant and extensively revengeful against the Misconduct of the entire defendant in this case.

(2) Notwithstanding, according to the Hands of the Homeland Security, U.S. Customs and Border patrol, et al. in violation of TITLE 18 U.S.C Section 2071, Concealment removed, or mutilation general, and Subsections (a) and (b). by a Public officer, the action is distasteful and must be decided by this court, because Plaintiff suffers - Imminent physical Injury and property damage.

(B). <u>Petition of Right.</u>

(1) Plaintiff asserts A proceeding by which a claim that a debt is owned by the defendants a Sect and Crown of the United States of America and the Court herein has Jurisdiction, in adjudicating this claim. But the Court's attention is sought to make equivocal the ambiguity as to the Specific dollar amount claimed, Whether, there is no conflict between the Plaintiffs Imposition of Liability or greater than the Liability of the defendants permitted by the Federal laws or but not Limited by laws, under, Principal Constitutional, Statutory, regulatory, and decisional authorities. The Plaintiff relied upon the assumption he may or have unlimited specification as to the dollar amount he claimed and belief to have supporting, justified reasons for such an amount of damaged claimed.

Wherefore, Plaintiff moves to modify Relief sought. respectfully yours Submitted under penalty of perjury.

I. <u>Other Relief Sought: "Pardon"</u> As it is written under Local Civil Rule 83.5, admission to Practice, and Rule 83.5.1, Student Practice Rule.

(a) Plaintiff, Mr. <u>Gbeke M. Awala</u>, is encouraged by fellow-Americans to enrolled in a law school, abstain from misconduct, be an a vigator for other Americans, whom have been, Habitually guilty of negligence, Negro's who nestle comfortably, stacked together over Criminal Conduct.

(b) Notwithstanding Compensation for Monetary damages, not to Conflict the aforesaid, The Plaintiff, must move to be Certified by this Court or the appropriate Authorities for <u>Pardon</u>, against his prior Criminal Judgment and Convictions which deems to him a greater Compensation, not to Conflict with monetary damages sought, but such a great "<u>Pardon</u> from the Government – President et al, would remove the Bar, or standing block, just sufficient to preclude his eligibility from practice advocacy Training, utilizing Law school faculty or adjunct Facility for practice Supervision, including federal government attorneys or private Practice.

(c) By the grace of this Pleading and the will of God, Plaintiff would one day, fulfill the student's responsibilities as a legal intern to become a Lawyer in this District of Delaware federal Court. Amen. Under. U.S. Army.

(1-7)

II. **Beth Moskow-Schnoll**, The Assistant United States Attorney, The procedures thus employed are clearly Constitutionally deficient in the area of the exercise of Plaintiff's. U.S.C.A. Constitutional Amended. XIV. Article 1. "a United States Citizen" et seq, the Government failed to obtain and hearing, affording the Plaintiff herein a Judicially Superintended adversary proceeding on the question of his claim as a United States Citizen, as haven been told, Howerever, Since the days of the First aprehension of the Plaintiff, herein Mr. Awala. The following outlines the Dollar amount sought by the Plaintiff:

(a) Day 1 – 8/13/04. – "False Imprisonment" double Jeopardy et seq

First day     $1,000,000.00

as at  3/30/05   × 241 days

"Bad faith Liability:" → $241,000,000.00

(Two Hundred and Forty one days — Two Hundred and Fortyone Million dollars. Only.).

The Government are well bonded and employees are bonded against a Prima facie Malpractices.

TOTAL LIABILITY ALL Defendants: $741,000,000.00
(Seven Forty-one million Dollars – United States Currency).

III. **Christopher Koyste e·s·q**, Local Court Rule 83.51(C) (5). must maintain malpractice Insurance for its activities. So Plaintiff yet to decide damage in monetary Terms. default

## SUPREME COURT OF THE UNITED STATES
## OFFICE OF THE CLERK
## WASHINGTON, DC 20543-0001

March 22, 2005

Gbeke M. Awala
Salem Correctional Facility SCIB#31888
125 Cemetery Road
Woodstown, NJ 08098

RE: Gbeke M. Awala

Dear Mr. Awala:

The enclosed papers were received on March 22, 2005. These papers fail to comply with the Rules of this Court and are herewith returned.

You may seek review of a decision only by filing a timely petition for writ of certiorari. The papers you submitted are not construed to be a petition for writ of certiorari. Should you choose to file a petition for writ of certiorari, you must submit the petition within the 90 day time limit allowed under Rule 13 of the Rules of this Court. A Copy of the Rules of this Court and a sample petition for a writ of certiorari are enclosed.

Sincerely,
William K. Suter, Clerk
By:
Heather Trant
(202) 479-3039

Enclosures

(2-3)

See: <u>Microsoft. Bill Gates Vs. IRS Agents.</u> et seq.

<u>Rulling:</u> Government Seized from his residence, documents, Sufficient evidence to Support a finding of Probable Cause that illegal documents Leading to Tax Evasions and Violations would be found in the defendant's residence. The Court respectfully Urged Mr. Bill Gates - MICROSOFT, upon the Evidence of Tax violations and failure To appear and Respond To Timely Submitted NOTICE, The defendant was Suspended, Trade Sanctions, and a $1,000,000.00 [A] day preceded the Judgment, no Contest by Mr. Bill Gates. Government should not Contest Mr. Avela's request for $1,000,500.00 A day 'false Imprisonment'.

1-1