FILED
MAR 31 2005
US DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES OF AMERICA
FOR THE DISTRICT OF DELAWARE

GBEKE MICHAEL AWALA
Plaintiff,

v.

DRBA PD, DELAWARE
HOMELAND SECURITY, etd.
Defendants,

CIVIL NO: 05-097-KAJ

MOTION FOR: CERTIFICATION OF MEDIATION

NOW COMES, Gbeke M. Awala, Pro Se, respectfully moves, the Honorable court, and the Most Noble Exellent in Dignity and Power, Honorable, Chief Judge Sue L Robinson, pursuant to Local Rules of Civil Procedures and federal Rules of Civil Procedure Rule 53.2.1(a)(3) "The Chief Judge shall certify as many mediators as the Chief Judge determines to be necessary under this rule.' (3). The Clerk of Court Shall designate and process for mediation all odd numbered civil cases except (c) Cases eligible to arbitration pursuant to local Civil Rule 53.2. et seq

(A). Early Settlement Conference

The Court adopts this rule for the

(1-8)

Purpose of determining whether a Program of Court annexed mediation will provide litigants with a Speedier and less expensive alternative to the burdens of Discovery and the Traditional Courtroom TRIAL. Those Cases that have been assigned an "odd" number by the Clerk of Court will be Placed in the Program.

(1). Eligibility of this Case: Pursuant to Local Rule 40.1(G), "Civil Rights", Mr Auala filled the Complaint, Petition as a Pleading in a Civil Case, and that the Plaintiff Resides in the Counties of Salem County and the defendants are bound under Jurisdiction of 3rd Circuit Court of the United States appellate Court, defendants Resides in Delaware, Philadelphia and Washington D.C. or Maryland State. This Case as being assigned and Designated as a "Related Cases" — pursuant to Rule 40.1(c)(4), "If a Pending Civil action or proceeding and a pending Criminal Action are related, The Chief Judge, at the request of any party or Judge, may reassign the Civil Action or proceeding in the Interest of Justice, to the Judge to whom the Criminal Action is assigned. The Clerk as assigned. Hon. Kent A Jordan over this Case, Under Case Number: 05-097-KAJ. Which appeared to be an Odd-numbered Civil Case, Providing Litigants the with a Speedier and less expensive alternative to the burdens of Discovery and a Courtroom TRIAL.

(2-8)

(B). Rule 16.1 "Pretrial Procedures" (a) According to the Rule procedures outlined herein will be followed in all Civil proceedings in the Court except those exempt by Local Civil Rule 16.2. In addition, the assigned Judge will issue a scheduling order in Compliance with Federal Rule of Civil Procedure 16(b) in all Civil Cases except those expressly exempt by local Rule 16.2.

(b) Scheduling Conference: In all Cases except those exempt by local Civil Rule 16.2, a Scheduling Conference will ordinarily be held by the assigned Judge within 120 days after the filing of the Complaint.

In Awala v DRBAPD et al., CV05-097-KAJ, moves to seek review because In all Cases except those exempt by Local Civil Rule 16.2, a Scheduling Conference will Ordinarily be held by Hon. Kent A Jordan. MR Awala will Consider a Conference to address.

(1) Setting a date for Trial.
(2) Prospects of amicable settlement.
(3) Establishing Schedules for remaining Pretrial Proceedings (Discovery, Pretrial Memorandum filings, exchange of exhibits, exchange of experts reports. ect.)
(4) Any Other Pertinent matters.

Accordingly the Law States, In all Civil Cases, except those exempt by Rule 16.2, a Scheduling order will be Issued as Soon as Practical, but in no event, more

(3-8)