than one hundred twenty (120) days after filing of the Complaint.

(c) <u>Pretrial Memoranda</u>. (1) Brief in nature of the Jurisdiction of the Court is Involved (2) Plaintiff Pretrial memorandum (3) A List of Monetary damages Claimed.

(1) Mr Awala, Herein Plaintiff as claimed monetary damages, monetary Damages is sought in the Information Submitted Inter alia, for which it is adequate enough for framing an order granting the relief sought as furnished.

(2) A list showing names and addresses of all defendant and liability of each defendants had been designated Seperately under USM 58.

(3) Special Comments regarding decisional Authorities and Legal issues, stipulations, amendments of Pleadings or other appropriate matters shall be adhered.

(d) <u>Final Preparation for TRIAL</u>. Rule 26.1 (Discovery) Fed. R. Civ. P. 33, 34 and 36 et seq. Shall be meet.

(1) Rule 39.3.1. VIDEO TAPES. et seq. (Court audio) (DRBAPD).
(2) Appearance of - Homeland Security Officer.
(3) Witnesses. Subpoenas for Trial 45.1.
(4) List of Documents + Naked Video in the Court.

(48)

(C). Expansion of Medicare To Include Prescription-drug benefits for Federal Judges. "Asset Protection + Family Protection et seq. Since then, Bush has by and large Let the Democrats dangle — and focused on Marshaling his own troops — in his $400 billion Budget, "we get the sense he's been reading the Cliffs Notes guide to an Issue." — I Sinned not, nor charged the President foolishly, Skin for Skin, shall we not receive and hold fast Integrity of our Judges, allowing evil to destroy them and their family without Causes. I Protest, and made an appointment to mourn together with Judge Joan Lefkow, Investigation reflects the disappointment of Safety, the President Spending more money on "Newest U.S. Submarine — undersea — [Exhibit 3]. "Oh that my grief were throughly weighed and my Calamity laid in the balance. The Government eats of the harvest of our Judges, and yet let death Curses untimely lay hold on the Part of our Federal Judges that Sprinkled money into our nations purses. Not that, that I layed any charge foolshy on aloof executive who cant burden to reach extensive Funds to Cover in due season and watch desperately over our Judges against Intruders. I Promise to Commit money To gain Personal and financial Protection, To create Intervention for Invading Security. Amen. over our Judges.         (58)

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF PENNSYLVANIA

CHAMBERS OF
JAMES T. GILES
CHIEF JUDGE

17614 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PENNSYLVANIA 19106-1771
215-597-0692

March 17, 2005

Gbeke Michael Awala
Salem Correctional Facility
125 Cemetery Road
Woodston, NJ 08098

Dear Mr. Awala,

    I am in receipt of your letter, dated February 14, 2005. The information you have requested should be available in the library of your facility. There are no specific forms for filing a civil lawsuit in the federal courts. However, you should consult the Federal Rules of Civil Procedure and any local rules for the district where any complaint would be filed.

Sincerely,

James T. Giles