# AFFIDAVIT OF WITNESSES

WE THE FOLLOWING INDIVIDUAL HEREBY SWORN AND DISPOSED THAT MR. GBEKE MICHAEL AWALA, A FELLOW CITIZEN OF THE UNITED STATES, IS IN FACT A TRUE CITIZEN OF THE UNITED STATES BY REASONS PRESENTED HEREIN:

| NAME OF WITNESS | CITIZENSHIP | OBSERVATION | REMARKS | RACE (W) |
|---|---|---|---|---|
| 1. Chris Stratton (430 S. Orchard Rd, Vineland NJ 08360, 692-2430) | United States | He helps his fellow american with many problem, he shouldn't be deported | | |
| 2. Taron Hill (1220 Morton St, Camden NJ) | United States | He helps more than 1 person in their situations/cases | | Black |
| 3. Daniel Wright | United States | He helps fellow amarican | | Black |
| 4. Daryl Tardley | United States | Nice Person | Good Freind | Black |
| 5. Dale Goldberg | United States | Fellow Christian | Helps All in Need | White |
| 6. Thomas Lovett | United States | Fellow christian | Helps everyone in need | White |
| 7. Timothy K. Mendez | United States | Fellow Christian | Beautiful Singer | Black-Hispanic |
| 8. Colin Simms | United States | Christian/Scripture reader | American/helps others | African-American |
| 9. Ralph Land | United States | Christian | Not a trouble maker | White |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |

BASED ON THE FOREGOING INFORMATION WE THE AFFIANT AS IN ANY REASONABLE PERSON/JURY STRONGLY BELIEVES IN SPIRIT AND IN TRUTH UNDER OATH, DECLARED UNDER PENALTY OF PERJURY THAT, MR GBEKE MICHEAL AWALA IS A UNITED STATES CITIZEN pursuant to TITLE 6 U.S.C. Section 272, Part e, CITIZENSHIP AND IMMIGRATION SERVICE. Et seq.

WHEREFORE, THE REASONS IS AFFIRMATIVELY DECLARED NOT CORROBORATING AS A RESULT OF A PROMISE OF MONETARY REWARD BUT A KNOWINGLY, VOLUNTARY AND MENTALLY IN ALL CAPACITY UNANIMOUS DECISION THAT ANY GRAND JURY OF THE UNITED STAES COURT WOULD DISCERN AND AFFIRM THAT THE AFOREMENTIONED SUBJECT PERSON IS A UNITED STATES CITIZEN.

1. [signature], 2. [signature], 3. [signature], 4. [signature], 5. [signature]
6. [signature], 7. [signature], 8. [signature], 9. Ralph Land, 10. _____
11. _____, 12. _____.    GBEKE MICHEAL AWALA [signature]
NOTARY

3/15/05.
SCCF

**United Way of Delaware**

www.uwde.org

March 10, 2005

Gbeke Michael Awala
Salem County
125 Cemetary Road
Woodstown, NJ 08098

Dear Mr. Awala:

I am in receipt of your letter dated February 1, 2005 and we have reviewed it carefully. Unfortunately, United Way of Delaware no longer has any records pertaining to your circumstances or, indeed for that time period.

I took the liberty of contacting the State of Delaware and advised Mr. Frank Perfinski, Director – Adoption of your request. Per Mr. Perfinski's request, I e-mailed him your particulars and Mr. Perfinski is going to look into the matter. A copy of that e-mail is enclosed for your information.

Good luck with your quest. I hope you are successful in your search.

Sincerely,

Drew Langloh
President

JAL/gmh

Enclosure

United Way Mission: To maximize the community's resources to improve the quality of life for Delawareans.

Statewide Headquarters
The Linden Building, Third Floor
625 N. Orange Street
Wilmington, DE 19801-2247
(302) 573-3700

Kent County Office
365 United Way
Dover, DE 19901-3729
(302) 734-4779

Sussex County Office
P.O. Box 53
Georgetown, DE 19947
(302) 856-7884

AFL-CIO Community Service
P.O. Box 67
Bear, DE 19701
(302) 456-3500

## Ex-DRBA head sentenced
### 14 months for fraud, $15K fine

By PHILIP SEAN CURRAN
Staff Writer

WILMINGTON, Del. — Michael E. Harkins, the former executive director of the Delaware River and Bay Authority who left behind a legacy of fraud and corruption, was sentenced on Friday to 14 months in prison.

U.S. District Judge Kent A. Jordan also ordered Harkins to pay $52,236 in restitution, fined him $15,000 and mandated that he perform 1,000 hours of community service. Once out of prison, he will be subject to three years' of supervised release. The judge also ordered that he pay a $200 assessment to the government.

It will be up to federal prison authorities to

(See SENTENCED, Page A-15)

MICHAEL HARKINS

---

...ing

...e Yacorelli, center in suit, cuts it during the
Staff Photo by BRYAN LITTEL

...ell to local pastor

By COLLEEN P. MOORE
Staff Writer

BRIDGETON — Friends and relatives turned out to the Bridgeton Assembly of God Church in a steady flow on Friday to pay respects to a well-known and respected community man who will be greatly

---

## Tape weighs big in trial

Sunbeam, Salem, N.J., Friday, March 11, 2005

# NATION & WORLD

## Police: Letters link man to killings

CHICAGO (AP) — A man who filed bizarre, rambling lawsuits over his cancer treatment shot himself to death during a traffic stop outside Milwaukee and left a suicide note claiming he killed the husband and mother of a federal judge who ruled against him, police said Thursday.

Bart Ross, a 57-year-old electrician from Chicago, committed suicide Wednesday in West Allis, Wis., after a police officer pulled him over because of a broken taillight on his van.

Chicago Police Superintendent Phil Cline stopped short of declaring the slayings of U.S. District Judge Joan Lefkow's relatives solved. But he said: "We're satisfied that there's information in the letter that would point us to Ross being in Lefkow's house."

Cline also said authorities believe Ross is the same person seen by a witness near the Lefkow home on Feb. 28, the day Lefkow came home to find her 64-year-old husband and 89-year-old mother shot to death in the basement.

Until now, investigators had suspected the slayings may have been the work of white supremacists angry over another of Lefkow's rulings. But Ross had no known connections to extremist groups.

Last fall, the judge had dismissed a lawsuit in which Ross accused doctors of disfiguring him when they treated him for cancer in the early 1990s. Among other things, he claimed doctors committed a "terrorist act" by giving him radiation without his consent.

The police superintendent would not speculate on what Ross was doing in the Milwaukee area. But at least one other judge who ruled against him lived there. And a source close to the investigation told The Associated Press on condition of anonymity that the suicide note, found in Ross' van, contained the names of judges.

Cline said that after Ross killed himself, police and federal agents found a note in which he implicated himself in the murders of Michael Lefkow and Donna Humphrey and recounted the details.

WMAQ-TV in Chicago said it also received a hand-written letter signed by a Bart Ross on Thursday in which the writer describes breaking into the Lefkow house around dawn. The writer said he planned to wait in the basement all day for the judge, and kill her.

But he said the judge's husband discovered him around 9 a.m., so he shot him, then killed Lefkow's mother after she heard the gun and called out to her son-in-law, the TV station reported.



Associated Press photo

Investigators wearing protective gloves and booties remove bags of evidence from the Chicago home of U.S. District Judge Joan Lefkow Wednesday.

(Exhibit 51 Kar)