and cra... ...an... ...

A U.S. museum tour a quarter-century ago of Tut's treasures drew more than 8 million people. A smaller number of treasures — minus Tut's famous gold mask — will again go on display in the United States starting June 16 in Los Angeles, after touring Germany and Switzerland.

# Bush pushes for limits on lawsuits

COLLINSVILLE, Ill. (AP) — President Bush on Wednesday opened a new drive for caps on medical malpractice awards, contending the limits would lower health care costs. Opponents said such ceilings would merely shield doctors and others who provide poor health care.

"I believe the voters made their position clear on Election Day on medical liability reform," Bush said, citing his re-election as evidence of support for a proposal that has passed the House but failed in the Senate.

The renewed battle revived a partisan debate about whether Bush's victory in November gave him a second-term mandate to push his big-ticket items through Congress.

Sen. Edward Kennedy, D-Mass., criticized Bush's medical malpractice proposal as well as the president's claim of having new political capital.

"Barely two months after promising to unify and heal the country after a bitter election, the president's again pushing for legislation that will further divide it," Kennedy said.

"The president's medical malpractice plan is nothing but a shameful shield for drug companies and HMOs who hurt people through negligence," Kennedy said.

Bush made his case in Madison County, across the Mississippi River from St. Louis. The county has been called the "judicial hellhole" of the nation by the American Tort Reform Association last year because of a reputation for huge awards



Associated Press photo
President Bush talks about pressuring Congress to pass legislation limiting jury awards for medical malpractice, during a visit to Collinsville, Ill., Wednesday.

won by plaintiffs.

Lawyers in the area say the legal situation has been exaggerated and that large malpractice awards have been scarce.

"The United States Congress needs to pass real medical liability reform this year," Bush said, slapping his lectern with an open palm to emphasize his point.

Behind him, the White House advance team arrayed audience members in white medical coats. Bush warned of a crisis, but said it could be averted if the Republican-controlled Congress adopts his plan.

"This liability system, I'm telling you, is out of control," Bush said. While his proposal has stalled in Congress, Republicans expanded their majorities in both houses in the November elections.

Finally, If we assay to Commune with the Incident, will I be grieved, but who can withold himself from Speaking, I'm a quintessentially American Man. I trembled and the Defendants makes my bones Shake, on that day. I Cause the day I was born in this Country, I Said let the day perish wherein I was born, and the night in which It was said, there is a man child Conceived, let that day be darkness; let not God regard it from above, neither let the light shine upon it, let darkness and the shadow of death stain It, let a cloud dwell upon It; let the blackness of the day terrify It. Why died I not from the womb? why did I not give up the ghost when I came out of the belly, why did the knees prevent me? or why the breasts that I suck. Yet I grew up in the United States of America from Age of BIRTH RIGHT TO 7yrs. I was not Safe, neither had I rest in my own land.

Or as an hidden untimely birth I had not been as Infant which never saw light. When I say, my bed shall Comfort me, my Couch shall ease my Complaint. The Truth is the Court is our last resort, because they are Like a sea, or a whale that watches over Injustice.

"Submitted under Penalty of Perjury"

Wtherefore, the Plaintiff respectfuly prays the Chief Judge to grant his request. The Lord Jesus Christ be with thy spirit, Grace be with you Amen.         Respectfully Submitted,

Gbebe Michael Arah



Order: Other Somes Mr Awala Intended to Contribute for Charity Purposes.

(1) American Center for Law and Justice
(2) American Civil Liberties Union Foundation
(3) American Foundation for the Blind
(4) Breast Cancer Coalition
(5) Cancer Research for Children
(6) Mothers Against Drunken Driven
(7) Earth Share of New Jersey
(8) Earth Share of Delaware
(9) Shushan Service Charities
(10) U.S. Sports Men Alliance
(11) AMFAR - American Foundation AIDS Research
(12) Epilepsy Foundation NJ.
(13) Feed the Children
(14) United Way Delaware
(15) United Way Florida
(16) Lyme Deases Foundation
(17) Canadian Childrens Coalition
(18) African Refugee Camp New York

May the Court grant my lawsuit and Compensation. Amen.