Gbeke M. Awala
125 Cemetery Road
Woodstown, NJ 08098

APRIL 7, 2005

Noble. Hon. Kent A Jordan
Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, DE 19801

Civil No: 1:05-CV-00097-KAJ

Dear Judge,

Re: Awala v. Koyste et al - PETITION FOR REMOVAL

Ye yourselves bear me witness, that I must decrease the names of the defendants in this Civil Suit.

A reason which is preferred before me as amicable settlement between Mr. Gbeke Michael Awala and Mr. Christopher Koyste, former Attorney in my Criminal matter pursuant to CR No: 04-901-KAJ.

The Passport Preserved and Provided by the aforesaid Counsel, reviewed and has been sufficient to substantiate establishing in accordance with "Standards for Professional Conduct.

Wherefore, The Plaintiff Prays the Court removes the good Attorney Koyste, from the ongoing Civil Action and Sustain all other defendants, after such removal. Respectfully Submitted under Penalty of Perjury.

Gbeke M. Awala

The following documents or Rules are in Imminent Physical need to prevent this Court from denying relief based on non-application of the appropriate Court Rules of Civil procedure et seq.

(1) Local Civil Rules.
(2) USM forms.
(3) All other pertinent Information that may assist Mr. Awala in litigating this Claim.

Proof of Service:
Mr. Awala, since as not been served upon the "True" Counsel representing the Defendants in this Case.

Respectfully Submitted,

Gbeke M. Awala

The Grace of Our Lord Jesus Christ be with you all. Amen.

For those who mourns with our Catholic Mission due to the loss of a great, fabulous Prince of Faith - Papa Pope John Paul II. A dev'..!!