IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GBEKE MICHAEL AWALA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-097-KAJ |
| | ) |
| DRBAPD, DELAWARE HOMELAND | ) |
| SECURITY OFFICE - ICE, | ) |
| OFFICER HAWKINS, OFFICER | ) |
| KIRKHNER, OFFICER COLEMAN, | ) |
| and S.A. EDWARD J. | ) |
| QUACKENBUSH, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, plaintiff, Gbeke Micheal Awala, REG # 04878015 is a prisoner incarcerated at the Salem County Detention Center, in Woodstown, New Jersey, and on February 17, 2005, plaintiff filed a complaint under 42 U.S.C. § 1983;

WHEREAS, on March 29, 2005, plaintiff filed a document titled "Motion for Modification of Relief Sought," which this Court construes as an Amended Complaint pursuant to Fed. R. Civ. P. 15(a) (D.I. 8);

WHEREAS, on April 11, 2005, plaintiff filed a "Petition for Removal," (D.I. 10) requesting leave to dismiss Defendant CHRISTOPHER KOYSTE, and which this Court construes as a Motion to Amend the Complaint pursuant to Fed. R. Civ. P. 15(a);

THEREFORE, at Wilmington this 20th day of April, 2005, IT IS ORDERED that:

1. The plaintiff's Motion to Amend the Complaint (D.I. 10) is GRANTED.

2. The Clerk of the Court shall terminate CHRISTOPHER KOYSTE as party to this action.

_____
United States District Judge