FILED
MAR -  2005
DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNTITED STATES DISTRICT COURT
FOR THE DISTRICT OF **DELAWARE**

| | |
|---|---|
| GBEKE MICHAEL AWALA, etal, And the peolple of _____ Plaintiff | ) ) ) ) ) |
| VS. **DRBAPD, DELAWARE Homeland SECURITY OFFICE – ICE, etal** Defendants, | ) ) ) Civ No. **05-097-KAJ** ) ) ) ) ) **RULE 58.1.1.** |

MOTION FOR: **Entry Of Judgment by Confession and Execution Thereon.**

NOW COMES, the plaintiffs, Mr. Gbeke Michael Awala, and **Attorneys Aid.** Unanimously as Citizens and as Pro Se Litigants in the United States, under the Constitution of the United States, and based on the Federal Rule of Civil Procedures, moves the Honorable Court, and the Noble District Court judge, to hear and execute Judgement in the Facts and Legal allegations herein raised in the interest of Justice and parties involve. In support the plaintiffs states as follows:

1. **Judgment by Confession as authorized by 10 Del. C. section 2306, shall be entered by the clerk as requested by Plaintiff.**
2. **Plaintiff Submitts a Short and Plain Statements of the grounds upon which the Court's Jurisdiction depends.**
3. 
4. **Plaintiffs follow and forwards a Singned Motion Pleading the Court pursuant to exercing Warrant of attorney.**
5. 
6. 
7. 

Other: **Plaitiff Pleads the clerk to notify the debtors/defendants.**

Signatures: _____/s/ Gbeke. M. Awala_____  _____/s/_____
         **4/28/05.**
         Reformer -Litigator                  Gbeke Michael Awala

A NOTICE DIRECTED THE COURT:

Please Commence proceedings pursuant to D. DeL. LR 58.1.1 to Confess Judgment on behalf of. Mr. Gbeke M. Awala, Herein Plaintiff against, DRBAPD, Delaware and Homeland Security office —ICE, officer HAWKINS, OFFICER KIRKHNER, OFFICER COLEMAN, and S.A. EDWARD J. QUACKENBUSH. And Sgt Cook of the DRBAPD.

FOR $500,000,000.00, Incl, accrued Interest to date together with Interest thereon at __10__% per annum from the Initial date of this Complaint, Plus attorney's fees of $22,000,000.00 and Cost of $30,000,000.00. Dated: 4/28/05.

attorney:                     Person exercising Warrant of
                              Respectfully Submitted.

