IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF _Delaware_

GBEKE MICHAEL AWALA, etal,    )
And the peolple of _____    )
                               )
_____       )
          **Plaintiff**         )
                               )
                               )
                               )
          VS.                  )    Civ No. _05-097-KAJ_ ~~FILED~~
                               )
_DRBPD-Delaware_               )    ┌─────────────────┐
_Homeland Security etc_        )    │  MAY – 3 2005   │
          Defendants,          )    │                 │
                               )    │ U.S. DISTRICT COURT │
                               )    │ DISTRICT OF DELAWARE │
          MOTION FOR:  _NOTICE of Intent · Rule 16.1_

  NOW COMES, the plaintiffs, Mr. Gbeke Michael Awala, and ___ _et al_ ___,
Unanimously as Citizens and as Pro Se Litigants in the United States, under the Constitution of the
United States, and based on the Federal Rule of Civil Procedures, moves the Honorable Court, and
the Noble District Court judge, to hear and execute Judgement in the Facts and Legal allegations
herein raised in the interest of Justice and parties involve.  In support the plaintiffs states as
follows:

1.  _Plaintiff is Seeking Certification of Complexity pursuant to 28 U.S.C. 473(a)(2)(B)._

2.  _Consideration for the nature and extent of Discovery;_

3.  _Requesting Scheduling Conference as provided Pursuant to in D. Del. LR 16.2,_

4.  _the nature and extent of discovery witnesses availability To Testify, expert Testimony are_

5.  _not feasible. upon request by the plaintiff._

6.  _Plaintiff sought Conference to discuss issues pursuant to Rule 16.2 Initial Conference;_

7.

Other: _Set Trial date and/or Certification of Settlement._

Signatures: _G·A·_

_4/27/05._

          Reformer -Litigator          Gbeke Michael Awala

(1.)

I.    OTHER ISSUES under Civil matters.

Plaintiff moves to amend pleading and attach the issues of "Confidentiality" pursuant to the Rule 26.2, and pursuant to Rule 15.1 Plaintiff in addition to other Issues presented hereby Incorporate the breach in Confidentiality with regards to the "passport Copied by the Government". [Exhibit 10 under CR: 04901KAJ], report of entry shows that the Government have not been able to agree on a protective order and have failed to Limit disclosure to only members of the Government who have filed in appearance and where appropriate have been filed or admitted pro hac vice. Government is under obligation to keep MR Anala's document Confidential and use them only for the purpose of Litigation.

Oral Argument: Plaintiff pursuant to Rule 7.1.4. to Argue if the Court permits Issues the Plaintiff deems not feasibly or Solvable by motion. Based on Former Delaware Local Rule 3.1.F. with revision.

Finally: Government have not Conducted Searches To Stolen docume belonging to him in which the Border patrol officer is Impeachable.

## II    A QUICK Rebut to the Government Motion:

The Government claimed Mr. Awala had been read his Miranda warning befr the Agent, proceeded to Search and Seized an disclosured documents to Cover the Prima facie Evidence of Proof of BIRTH.

### (A) Automobile Exception: to the Search Warrant requirement:

The automobile exception to the Warrant requirement permits Law enforcement to Seize and Search an automobile without a Warrant "If Probable Cave exists to believe It Contains Contraband or Evidence."

In Thonton: The Supreme Court also Ruled over what Constitute a "recent occupency" of an automobile or Car. In this Case, Mr Awala, Instructively, Shows the Court that the Two forgoing Standard as denied the Government assertion and focus on "Miranda Warnings and waiver of the Plaintiff 5th. Amendment Right against self or Compulsory self Incaminetion. Hower Mr Awala wishes to rely on the Ruling in: See In Awala. v. U.S. CR 04901-KAJ. The Issue at par is whether the defendant gave a Knowingly and voluntary Consent to Search

the Truck. Now Borrowing knowledge and wisdom from the Court in: United States v. Elrod, 441 F.2d 353 (5th Cir. 1971), holding: "No matter how genuine the belief of the officers is that the Consenter is apparently of Sound mind and deliberately acting the Search depending upon his Consent fails if it is Judicially determined that he Lacked mental Capacity. In this Intent Case: MR Avala had many, many Times Said. It, over and over again, a reason for this Civil Action, regarding the Terrible experience, Torture, Human degrading, Obscenity and wrongful Treatment, duress, Cruel and unusual In Custody Treatment he recieved from the DRBAPD on the arresting Date. That MR Avala, maintained a reasonable fact that he lost his mental Capacity due to the aforementioned Coercion and duress suffered, and when the Agent appeared, It felt Like a Relief, the Agent Observed him Lying down on the "floor and felt Condition For him" then Used that medium to Further question him about his claim of a United states Citizen, knowing he then promised better treatment in another facility and ordered a clothes for MR Avala.

Now, Assuming, Arguendo: What person would no that a Contreband was kept in a Car and

would Inform an Agent to go ahead and Search the Truck. e.g. Say If I had "Heroin in the Truck would I Consent to Search the Truck "No" herein the reason For the Consent was based on to prove Evidence of Citizenship to the United states, and the Agent had a reasonable Cause, to believe that MR Awala is Infact An American because he Over and over again Said, this man Claimed he Came in by the Airport, It is Impossible, because of Two factors:

(1) If he Came In with another persons name; the Border patrol Airport has got a Finger print System to discam he was an Fugitive or to Convict.

(2) If he reenter with his given name Gbeke Awala, NCIC Hit would emerge and alert the Authorities and he would never had made It out the Airport.

The Issue here is that MR Awala, had well presented an array of document. Sealed and genuine by Itself, this Agents are Expert and have had probably many Scenerios as Such, but to Conseal the Truth and Cameaway documents In promise to Mail them in Original at the Brooklyn Address Provided.
The Goverment Must Show the burden of Proof

(5)

of its Case. In the Government's Motion, the Government never argued about the "Entry manner" as it was in the begining Instead, paraphrase the

"Affidavit Submitted by the Agent to

Counterclaim and reaffirm the Intent over the Indictment. We lived in a Advance Society So there are other ways the Government had to test his Case but, kept them Wrong about the Truth both by factual and legal Basis.

If The Government Come against me They Cannot win this Case:

## Errors in Agent Affidavit:

(1) Para 12 — What is your Mailing Address in Your Country — The Government agent" wrote" 170 East 4th St. Montreal Q.C. "InCorrect "

"Correct This Address is never in Canada. This is a Brookly Address: 170 E 4th ST Brookly NY 11218; "Correct

Same address on Alien file: see — This address was were the Agent promised to Send Doc. Even Agent Gonzalez puported to Send Jewlery Seized from Mr Awale to

be mailed over. their and the Item was not delivered.

MR. Awala Affirmed he was in Canada on/around 2001/2002 when he performed music and meet a Canadian Lady and had 1 boy but got separated but the Agent disbliefand thought Mr. Awala wanted Immunity in Canada, and MR. Awala Said. he had not Talked with his family since the Last Time or July 18, 2004. The Agent acted Abberant, and misquoted mr. Awala, in Serial OCCations. I answered Two weeks ago so he Imputed July 18, 2004. No Objection.

Now, lets face this fact — The Government was employed -- Beth Moskow To Fight Crime — and if the Government Looks beyond my Prior Record — — I do not waste Time over prosecution, I Cop outs, I plea out on Time fashion and Take my 3 pont downed departure and go do my Time. This Situation is different.

Now I have a Alibi — A passport to Show legal re-entry, why would I not produce the passport, to show a reasonable dout of not been guilty, why Should I lie I Came in through Canada, I mean the Agent should Think, he Induced and Just did not want to believe the fact that I Came back into my own County To perfect my Statutory Right to Citizenship. — — he miscoded me

and rearrange the facts.

The Government Cannot Prosecute me over this matter, If the Court allows the Agent to be brought to Taken Stand over this Affidavit If shows that enormous Counts of Perjury emerges and I Shall Move to prosecute this Agent et al pursuant to:

TItle 26 section 7214 (offenses by officers and employees of the United States, and also Invoke— TItle 41 U.S.C section 54,55,5: prohibited Conduct et seq.

Now the Government Keeps reminding me of who I really I'm and, When the Government Said, I' ant got no family here, that's totally distasteful, It Seems like the Government havent been listening to me at all. For All Family Circle are broken by death in America, Since I was a baby I had Sickness and my mother and father were both heavy on drugs and later My Father got killed in Chicago over Heroin Swallowing and other drug stuff. I mean I Can reCall the food I'd love to eat as a Child— MaCaroni and cheese, and the food I had in when I was a Child Was not the Same when I tasted African food. I wish

My Biological mother, Dorcas Callender Brown, and moses were made know to fight for me against this allegation, the photographs and Expensive unUsed "Stamps" amounting for Collections and in which Some I sold in Brooklyn For one stamp Collectors —— this Stamps where Contained in a Stamp Collection Folder, like photo folder, in simultaneous manner under Trust and Proof of retroactive recent occupancy as a Child in America Together with Child Birth pictures, pictures of Treatment in Several Hospital and Circumcision Treatment at Jackson memorial Hospital Seagel, in Miami etc.

Now — Question 16 of the Agents Axel's Affidavit was not my answer to the Question the Agent deceptively ask me, why was it not that the documents had not been received Since, you came in Legally, Answer—I never got back any response and no Notice of granted or Deny. They Said they will notify me by writing.

All that happened in Philadelphia that day was Just to get me into the Court, because there were no Proper or appropriate means to Obtain freedom but through the the Court So I Signed or Just noted on the Affidavit and that's not my True personal Signatures, See Records.

Now. I aint no Murderfucher or Bitch, the fact stays.

The Government Continues to deny the
Truth behind this matter and IF I ask for
Summons They say, what the person would
say is Irrelivant or is not Cognizable in this
Case: A material witness to the defense is
a matter of due process: See Brody vs. Maryland, else

The Government need to Abstain from all appearance
of evil, So that the God of peace may Sanctify us
all, I'm preserved blameless and should obtain
my freedom and a Reparer of the Breach between
me and the Government. To restore the lost of
Trust between us. There are Millions of Children
Like me, abducted and Abandoned Abroad that the
Local U.S. Ambassador, would not help resolve
their Issues, they would rather Carter for 4 people
who obtain U.S. Visas to bring in Drugs into the
United States, there is no effective Children and
Citizen Serves other wise, I wouldnt be in
this mess I'm in they said my Document
and U.S. passport would take 18 months and
I felt prejudiced, when I knew I could get
it in America less than 2 weeks, so maved and
the Amsat and the Anbre, saw the original Documents
and behaved me and brought me back to my own

(10)

Country America. Nay we aint gonna Treat our own Children like these. There Can never be an everlasting Consolation between us- this way.

Or, I'm I a Victim of Wrong Conviction or Presumptive Judgement. According to the Nations News: Washington—Growing at a rate of about 900 Inmates each week. "PRISON COUNT JUMP DESPITE CRIME RATE DECLINE OVER DECADE.

Bureau of Justice Statistics: The Total Inmates population has hovered around 2 million for the post few years, reaching 2.1 million on June 30 2002, and Just below that make a year. while the Crime rate has fallen over the past decade. The Government is working my Time and Causing More Injury and More Damages over this matter.

See also: Former Alabama Chief Justice Roy Moore, who lost his Job after defying a federal court order to dismantle a Ten Commandments monument. Is The Judge In my Case Awala alleges afraid to Loose to

(11)

Job to have the release and Compensation of Mr. Awah done on time — — As the Government needs to agree with me Adversary, before the worst come to the end of worst.

Wrongful Conviction: See Johnson v. New Jersey, 384 U.S.719, 86 S.Ct. 1772, 16 L. Ed. 2d. 882 (1996) (Designed To protect the Innocent from wrongful Conviction.)

Greet all the brethren in the Court with a kiss.

The grace of our Lord Jesus Christ be with you. Amen.

Submitted under penalty of perjury as True and Correct.

Proof of Service

Court Clerk Kindly remitt this Motion to the Goat. and a copy electronically to

Respectfully Submitted

Abehe M. Awah

UNITED STATES DEPARTMENT OF JUSTICE

FORM I-215B
(REV. 9-1-5-68)

IMMIGRATION AND NATURALIZATION SERVICE

RECORD OF SWORN STATEMENT IN AFFIDAVIT FORM

# AFFIDAVIT

IN RE: _AWALA, GBEKE O._____   FILE NO. _A74190250_

EXECUTED AT _PHILADELPHIA, PA_____   DATE _$ 8-12-04_

Before the following officer of the U.S. Immigration and Naturalization Service:

in the _SPA ENGLISH_ language. Interpreter _N/A_ used.

---

**UNITED STATES DEPARTMENT OF JUSTICE**

Immigration and Naturalization Service

### AVISO DE DERECHOS

Antes de que le hagamos cualquier pregunta, usted debe de comprender sus derechos:

Usted tiene el derecho de guardar silencio.

Cualquier cosa que usted diga puede ser usada en su contra en un juzgado de leyes, o en cualquier procedimiento administrativo o de inmigración.

Usted tiene el derecho de hablar con un abogado para que el lo aconseje antes de que le hagamos alguna pregunta, y de tenerlo presente con usted durante las preguntas.

Si usted no tiene el dinero para emplear a un abogado, se le puede proporcionar uno antes de que le hagamos alguna pregunta, si usted lo desea.

Si usted decide contestar nuestras preguntas ahora, sin tener a un abogado presente, siempre tendrá usted el derecho de dejar de contestar cuando guste. Usted también tiene el derecho de dejar de contestar cuando guste, hasta que pueda hablar con un abogado.

### RENUNCIA

He leido esta declaracion de mis derechos y comprendo lo que son mis derechos. Estoy dispuesto a dar una declaracion y a contestar preguntas. Por ahora no deseo un abogado. Comprendo y sé lo que estoy haciendo. No me han hecho promezas ni me han amenazado, ni han usado presión o fuerza en mi contra.

---

He has told me that my statement must be freely and voluntarily given and has advised me of these rights:

" You have the right to remain silent.

Anything you say can be used against you in court, or in any immigration or administrative proceeding.

You have the right to talk to a lawyer for advice before we ask you any questions and to have him with you during questioning.

If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.

If you decide to answer questions now without a lawyer present, you will still have the right to stop answering at any time. You also have the right to stop answering at any time until you talk to a lawyer."

I am willing to make a statement without anyone else being present, I swear that I will tell the truth, the whole truth and nothing but the truth, so help me, God.

Yo estoy despuésto de hacer una declaración sin algúna otra persona presente, yo juro decir la verdad, totalmente la verdad y solamente la verdad, lo juro a Dios.

**Being duly sworn, I make the following statement:**

1

1. *WHAT IS YOUR TRUE AND CORRECT NAME?*
DIGAME SU NOMBRE COMPLETO Y CORRECTO.

AWALA, GBEKELOLUWA

2. *WHEN AND WHERE WERE YOU BORN?*
CUANDO Y DONDE NACIO USTED?

5-17-1970 , LAGOS, NIJERIA

3. *WHAT COUNTRY ARE YOU A CITIZEN OF?*
DE QUE PAIS ES UD. CUIDADANO?

NIJERIA

4. *WHEN AND WHERE DID YOU LAST ENTER THE UNITED STATES?*
CUANDO Y POR DONDE ENTRO UD. A LOS ESTADOS UNIDOS LA ULTIMA VEZ?

I Entered the United States through Niagra Falls, New York, on July 18, 2004. ON A VAN, AS A PASSENGER.

5. *WHEN YOU ENTERED THE UNITED STATES THE LAST TIME, WHAT WAS YOUR IMMIGRATION STATUS?*
CUANDO UD. ENTRO A LOS ESTADOS UNIDOS LA ULTIMA VEZ,
QUE ERA SU ESTADO DE IMMIGRATION?

My Immigration status was "0" No status.

11. *WHAT IS YOUR ADDRESS IN THE UNITED STATES?*
QUE SU DIRECCION EN LOS ESTADOS UNIDOS?

No Address.

12. *WHAT IS YOUR MAILING ADDRESS IN YOUR COUNTRY?*
QUE ES SU DIRECCION EN SU PAIS?

170 East 4th st. ~~QE~~
MONTREAL      QC H4V2my

13. *WHERE DO YOU WORK?*
EN DONDE TRABAJA?

I don't work in the United States. I work in CANADA.

14. *WHAT TYPE OF WORK DO YOU DO?*

N/A

2

I have read (or have had read to me) the foregoing statement, consisting of...............pages. I state that the answers made therein by me are true and correct to the best of my knowledge and belief and that this statement is a full, true and correct record of my interrogation on the date indicated by the above-named officer of the Immigration and Naturalization Service. I have initialed each page of this statement [and the correction(s) noted on page(s).......................................................].

Signature........*d* *A*.............................................................

Subscribed and sworn to before me at ......*PHILADELPHIA, PA*..............
.........................................................on.........*8-12-04*...........................

Officer, United States Immigration and Naturalization Service

Witnessed by:...........*SA JACK*....................................................

## RECORD OF SWORN STATEMENT

UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service
Form I-263A (Rev. 11-20-63)

4

QUE  CLASE  DE  TRABAJO  HACE  UD.?

15. Have you ever been deported from the United States before?
    Fue deportado de los Estados Unidos antes?

YES, to NigERiA, OctoBER 1999.

16. Did you ask the U.S. Attorney General, Secretary of the Department of Homeland Security, or the U.S. Immigration Service for permission to re-enter the United States after being deported?

    Le pidio al procurador general, el secretario del departamento de Homeland Security o el servicio de inmigracion permiso para entrar a los Estados Unidos despues de ser deportado?

YES, I REQUESTED PERMISSION, but NEVER gRANTED No DENIEd.

3