IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GBEKE MICHAEL AWALA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-097-KAJ |
| | ) |
| DRBAPD, DELAWARE HOMELAND | ) |
| SECURITY OFFICE - ICE, | ) |
| OFFICER HAWKINS, OFFICER | ) |
| KIRKHNER, OFFICER COLEMAN, | ) |
| and S.A. EDWARD J. | ) |
| QUACKENBUSH, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, the plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on April 20, 2005, this Court entered an order granting leave to proceed <u>in forma pauperis</u> and ordering the plaintiff to submit within thirty (30) days from the date the order was sent, a **complete** certified copy of his trust account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint, or the case would be dismissed (D.I. 12);

WHEREAS, to date, the required document(s) have not been received from the plaintiff;

THEREFORE, at Wilmington this 1st day of June, 2005, IT IS HEREBY ORDERED that the plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

_____
United States District Judge