IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ___DELAWARE___

| | |
|---|---|
| GBEKE MICHAEL AWALA, ae al, ) <br> And the peolple of _____ ) <br> _____ ) <br> **Plaintiffs,** ) <br> ) <br> ) <br> ) <br> **VS.** ) <br> DEPARTMENT OF HOMELAND SECURITY, ) <br> U.S. CUSTOMS AND BORDER PROTECTION, ) <br> ) <br> ) <br> **Defendants,** ) | Civ.NO. __05-97__ <br><br><br> CIVIL ACTION <br><br> FILED <br> JUL -5 2005 <br> U.S. DISTRICT COURT <br> DISTRICT OF DELAWARE |

MOTION SEEKING RELIEF OTHER THAN MONEY DAMAGES AND STATING
CLAIM THAT AGENCIES ABOVE FAILED TO ACT IN OFFICIAL CAPACITY

NOW COMES, the Plaintiff s, Gbeke Michael Awala, and
_____, through Pro Se, respectfully moves this Honorable
Court for an Order, Pursuant to the Federal Rules of Civil Procedures Rule __3__.
In support the Plaintiffs states as follows:

(1). Plaintiff initialy procured a petition under §1983, and the Court Dismissed the claim for failure to properly file the waiver of fees..Application in Forma Peuperis.. Whereas plaintiff was not denied based on merit of his claim--in the instant fashion.

(2). Plaintiff moves pursuant to **Title 5 §702..Chapter 7 for Judicial review**, to bring a quiet title actions underlying the merits of the foregoing claim against the defendant.

(3). This Court has jurisdiction see.<u>Huff v. U.S., C.A.9(Cal). 1993, 10 F.3d 1440.</u> when officials are acting under the color of legal authority, and failed to act in official capacity, relief

(4). shall not be dismised nor relief denied, since such claims are impliedly barred by limited waiver of quiet title Statute. The Court also have Jurisdiction under Title.......

(5). 28 U.S.C1331(Federal QuesTion). and Title 8 USCS §1105(a)(5)(B))--which provides for a hearing regard to claims of citizenship and a summary judgment under **Fed.R.Civil.P. 56**.

(6).    STATEMENT OF CLAIM IN SUPPORT

"THE PLAINTIFF ARGUES THAT THE INSTIGATED PROCESS OF RE-ENTRY IN VIOLATION OF TITLE (8U.S.C §1326 et seq)...is the commission of an act with the Intent as used in the Indictment. See 04901-KAJ, and the statute means an intention in the defendants mind, at the time of the act, to violate the criminal law by the commission in the other words, criminal intent means the intention to commit a crime at the time an act is commited.

Proof of Intent involves the operation of a persons mind. Whether the criminal intent existed at the time of the comission of the alleged criminal act.

As the defense and herein Plaintiff discover and determine in accordance with the rullings of case laws and understanding of how people operate, from the facts of what was done, what was said under the aforementioned criminal case against Mr. Awala, and other circumstances and surrounding facts.(A U.S. Citizen in Arriving to process his birthright as it appear, to have been approved, at the time itself, and not in the light of his prior deportation or opposing Airport agents opinion. The requisite criminal Intent under Title (8 U.S.C. §1326(a) and (b)(2), as charged against Mr. **Gbeke Michael Awala Pro Se, lacks sufficient indicia of reliablity to support Conviction under the Act.**"

The plaintiff moves for further expalnation as follows:

*/s/ Gbeke M. Awala*

Gbeke M. Awala    Pro se

### A. STATEMENT OF CLAIM IN SUPPORT

Legal wrong in this section means the invasion of legally protected right. <u>Pennsyvania R. Co. v. Dillon, C.A.D.C. 1964 335 F.2d 292, 118 U.S. App.D.C. 257.</u>

The invasion of a protected right constitutes a "legal wrong" within the meaning of this section which provides that a person suffering "legal wrong" because of Agency Action is entitled to Judicial review thereof. <u>Doe v. U.S. Civil Service Commission D.C.N.Y. 1980, 483 F.Supp 539.</u>

In order to obtain Judicial review of administrative decision the Plaintiff must demonstrate she has standing to secure that review. <u>Benson v. City of Minneapolis(1968).</u>

### THE STANDING-SUFFERING-LEGAL WRONG OF MR. GBEKE M. AWALA ENTITLED TO JUDICIAL REVIEW:

The satraps of the defendants evidently finds nothing to be credible, inother words discredit the Defendants, based on their negligence; Mr. Gbeke Michael Awala, at the Time of his re-entering the U.S., to process his Statutory and Constitutional birthright, to which the defendants find no instant of maladministration of his fortunes and his possessions including documents written is authentic form, in his name, for him, by the sub-government in the UNITED STATES, as he was lawfully an illegitimate child and was carriedaway for adoption in to Africa, and was also expelled from the society, his heart was more like an animal, ratify the edict by seeing at once this documents making it unalterable

2

as his benefit under the law of the United states, found in the shoe box documents embodying his birthname and continues to plead time and time day after day that the defendants agree pursuant to Title **6, UNited States Code, Section 202(3), and (4) and 557)**, enforcing the regulation for permission to enter and reapply for his full thrown grace.  May the defendants return

the following personal property as listed  under Criminal No. 04901-KAJ...including(1)**Proof of U.S. Citizenship--Baptismal Certificate-Anthioch Missionary Baptist Church, performed by pastor John Cherry.(1975), and (2) Circumcision Certificate-paformed at Jackson Memorial Hospital, Miami-Dade County, Florida, Hospital Records of Leukimiah Treatment-at Roy Lester Scheider Hospital St Thomas, U.S. Virgin Island,(3).** School documents for around 1975-North County Elimentary School North County, Florida,(4)  Affidavits of records showing the plaintiff was not Born in Nigeria and/or Ghana--Evidence by array of Pictures-of Grand-pa and Grand-ma In New York City, and Pictures of Mr. Awala, at aBaby and at age 5 through 7 in  Miami Chicago and Harlem New York.  And baby pictures in **French Town Charlotte Amalie, in the United States Virgin Island.(5). Bassball Ticket of Brooklyn Doodgers--dated 1945-Jackie Robinson--which is worth some dame good money.  Some old slavery Unused stamps showing Harriet Tabbiet of Down South. Tennessi.    Finally; mid-wife pictures showing the homes at Miami Carroll City in Dade county, Florida, showing the next neihbor the Jones Family.**

**This struggle between the plaintiffs and the defendants is inappropriate.**

In a case:  **Customs service Action**

Alleged failure of Customs Service to insure that packaging of imported frozen vegetables exhibited country of origin in conspicuos place apparently caused actual injury to American food companies and, companies suffred legal mental.  See Foreign Trade Zone Act.

Immigration and Naturalization Service:
American Citizens and permanent residendts in UNited States who were close to relatives and were sponsoring Vietnamese boat people in Hong Kong suffered requisite injury in fact and were within the Zone of interest protected by INS Act. For standing to challenged State Department's cahnge in policy requiring boat people to return to Vietnam for Visa proceesing.  Legal Assistance For Vietnames Asylum v. Seekers v Department of State, Bureau of Consular Affairs, C.A D.C. 1995, 45 F.3d 469, 310 U.S.App.D.C. 168.

**WHEREFORE**, Mr. Gbeke Michael Awala, herein Pro Se, A United States Citizen bringsforth this claim in modification to outweigh the continuing conspiracy procured against him with respect to the carriedaway of his Proof of Citizenship to that of the United States creating hardship and unjust treatment, false Imprisonment, deprivation of Civil Rights violation based on the foregoing assertion.  THIS GREAT COURT HAS AMPLE JURISDICTION SUMMON THE DEFENDANTS TO ANSWER THE MATTERS HEREIN.
Submitted under penalty of perjury to be true and correct

CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT A COPY OF THE FORGOING MOTION AS ATTACHED WAS SERVED BY MAIL UPON THE FOLLOWING PERSONEL

HON. COURT CLERK
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HON. KENT A JORDAN
BETH Moschow Schnoll AUSA-DElaware

U.S. IMMIGRATION AND CUSTOM ENFORCEMENT
AXEL GONZALEZ-PHILADELPHIA OFFICA

U.S. CITIZENSHIP AND NATURALIZATION SERVICE

RUTH E JONES.

U.S. CUSTOMS AND BORDER PROTECTION
BALTIMORE-AIRPORT.
DEPARTMENT OF HOMELAND SERCURITY
BALTIMORE AIRPORT.

SUBMITTED UNDER PENALTY OF PERJURY TO BE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGED AND ABILITY. In spirit and in truth. Amen

DATED: 6/25/05

Total 7 Pages

Respectfully submitted,

Gbeke M. Awala Pro  Se.
No. 82074-054
FDC Philadelphia
P.O. Box 562
Philadelphia, Pa 19105

5

# Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 82074054 | Current Institution: | Philadelphia FDC |
| Inmate Name: | AWALA, GBEKE | Housing Unit: | 7 SOUTH |
| Report Date: | 06/11/2005 | Living Quarters: | G02-723U |
| Report Time: | 4:56:54 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 7632 |
| FRP Participation Status: | No Obligation |
| Arrived From: | OAD |
| Transferred To: | |
| Account Creation Date: | 6/1/2005 |
| Local Account Activation Date: | 6/3/2005 4:34:52 AM |
| Sort Codes: | |
| Last Account Update: | 6/3/2005 4:34:52 AM |
| Account Status: | Active |
| ITS Balance: | $0.00 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $0.00 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.00 |
| National 6 Months Deposits: | $0.00 |
| National 6 Months Withdrawals: | $0.00 |
| National 6 Months Avg Daily Balance: | $0.00 |
| Local Max. Balance - Prev. 30 Days: | $0.00 |
| Average Balance - Prev. 30 Days: | $0.00 |
| Inmate Qualifies for OTC Medication | |

(Note to Applicant: forward a copy of this Account Certification Form to each institution in which you have been confined for the six-month period prior to the date of this application.)

## ACCOUNT CERTIFICATION FORM

I certify that the attached trust fund account statement (or institutional equivalent) is true and correct.

_____6/17/05_____        _____[signature]_____
Date                                           Authorized Officer of Institution
                                                        Counselor

**NOTICE TO PRISON OFFICIALS:** Pursuant to the Prison Litigation Reform Act, you will be obligated to forward payments to the appropriate United States District Court if the prisoner herein is granted leave to proceed in forma pauperis. 28 U.S.C. § 1915(b)(2) (April 26, 1996). Pursuant to that statute, once an initial partial fee is paid, the prison official in charge of the prisoner's account must forward payments of 20% of the income credited to the prisoner's account during the preceding month, each month the amount in the account exceeds $10.00, until the entire filing fee has been paid.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
(Cut along dotted line)

(Note to Applicant: forward a copy of this Account Certification Form to each institution in which you have been confined for the six-month period prior to the date of this application.)

## ACCOUNT CERTIFICATION FORM

I certify that the attached trust fund account statement (or institutional equivalent) is true and correct.

_____        _____
Date                                           Authorized Officer of Institution

**NOTICE TO PRISON OFFICIALS:** Pursuant to the Prison Litigation Reform Act, you will be obligated to forward payments to the appropriate United States District Court if the prisoner herein is granted leave to proceed in forma pauperis. 28 U.S.C. § 1915(b)(2) (April 26, 1996). Pursuant to that statute, once an initial partial fee is paid, the prison official in charge of the prisoner's account must forward payments of 20% of the income credited to the prisoner's account during the preceding month, each month the amount in the account exceeds $10.00, until the entire filing fee has been paid.