IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GBEKE MICHAEL AWALA PRO SE, )
    PLAINTIFF, )
)
)
VS. )
)
)
DRBA POLICE DEPARTMENT, ) CIVIL NO. 05-97
and Bridge.   DEFENDANT, )

FILED JUL -6 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

MOTION PETITION FOR ATTORNEY'S FEES/LEAVE TO APPEAL CLAIM

    COMES NOW, PLAINTIFF, MR. GBEKE MICHAEL AWALA, PROSE, IN SPIRIT AND IN TRUTH, MOVES THE HONORABLE COURT TO ISSUE AN ORDER GRANTING THE PLAINTIFFS PETITION TO RECOVER ATTORNEY'S FEES DESPITE THAT THE COMPLAINT WAS DISMISSED BASED ON THE PLAINTIFF's INABILITY TO FILE THE REQUIRED FORMA PAUPERIS WAIVER FEES AND SINCE HE WASTRANSFERED FROM ONE INSTITUTION TO THE OTHER IT WAS SEPARATE FOR HIM TO OBTAIN THE SAID ACCOUNT STATEMENT SHOWING THE SIX MONTHS NEEDED. In addition the plaintiffs states hereto as follows:

    (a) The complaint is entitled **for appeal** under the Fed.R.A.P 3, 5 and the plaintiff moves to either obtain some type of settlement in lump sum or as attorney's fees; which

    (b) Caused the plaintiff to refrain from bringing the suit as a way of Collateral esttoppel, whereas if the defendants choose not to settle the bills for injury the

    (c) Plaintiff would move herein to appeal this matter has it was dismissed without prejudice and a leave to

1.

THE DEFENDANTS WERE ACTING UNDER THE COLOR OF THE STATE

Bridge and Tunnel agencies or Officials

Bridge and Tunnel authority, which retained control over all its projects, including tolls and revenue collection, which was liable for debts and liabilities it incurred, which was required to acquire all real property in the name of City rather than State, and which issued bonds upon which neither State nor City was liable, was not the alter ego of the State so as to be immune from suit, notwithstanding that it was created by the State, its Commission members were appointed by the Governor; and it was performing a State function. Raymond Intern Inc. v. M/T Dalzellegle. D.C. N.Y. 1971, 336 F. Supp. 679.

Awala vs. DRBAPD and Toll Bridge,

Properly characterized as an arm of the State. Considered Instrument of the State. Connected with the State......

cutting off a piece of his own clothes by force with the sgt cook feet and foot while acting under the color of the State of Delaware's Law. Wherein the Captain on duty did not intercedes while he observed Mr. awala beign abused without any cause or provocation by him. WHEREIN MR. AWALA WAS OBSERVED NAKED OVER THE HOURS

OTHER COURTS DECISIONAL AUTHORITIES IN SURPPORT:
Severe Physical abused of prisoners by their keepers without cause or provocation is actionable under this section--<u>Tolbertv. v. Bragan</u>, C.A. 5(Ala) 1971, 451 F.2d 1020.

See also-Inmate stated Civil Rights claim against corrections officers. one of whom had allegedly cut inmates HouseCoat and hand;inmate had due process right to be free from unprovoked attack, and corrections officers were acting under color of State Law. <u>Wilson v. White</u>, S.D.N.Y 1987, 656 F.Supp.877

RELIEF SOUGHT: Nothwithstanding attoney's fees or consolodated settlement of $34MILLION, werein the plaintiff shall agree not to provide the issues to the public and/or Oprah Winfrey Show, and may sign a collateral estoppel, not to bring the action in any manner.
WHEREAS THE COURT MAY PERMITT THE DEFENDANT TO RESPOND WITHIN THIRTY DAYS FROM THE DATE OF THIS MOTION/OTHER WISE THE PLAINTIFF WANTS THE APPEAL TO PROCEED. IMMEDIATELY OR MAY PROCEED UPON THE RECEIPT OF THIS MOTION.

## CERTIFICATE OF SERVICE

THE PLAINTIFF HEREBY DISPOSE IN TRUTH THAT A COPY OF THIS ACTION WAS SERVED UPON THE DEFENDANT DRBA POLICE DEPARTMENT, IN NEW CASTLE, DELAWARE VIA REGULAR MAIL. ATTENTION OFFICER HAWKINS. ET AL.

CLOSING PRAYER:

BLESSED IS THE LORD WHO HIMSELF HAS CHOOSEN THE PEOPLE AMERICA TO GOVERN THE WORLD AMEN.

SUBMITTED UNDER PENALTY OF PERJURY TO BE TRUE AND CORRECT.

Dated: 6/28/05

Respectfully submitted,

NOTE SEPARATION:

the defendant Homeland security service has been separated for an alternate civil proceedings in this court under Title 5 U.S.C.A. §702 et seq.

Gbeke M. Awala
No. 82074-054
FDC Philadelphia
P.O. Box 562
Philadelphia, Pa 19105

IN: FORMA PAUPERIS.
This Court as a Copy of the Plaintiff 6 months Account Statement to Copy and.

4-4