## COUNT 2: OBSCENE

Gbeke Awala, Pro se
          Plaintiff

Vs.

DRBAPD et seq. Defendant.

Civil No. 05-97

### Sex Offenses.

Where Concurrent Term of Five years' Imprisonment Imposed on a Prisoner on his Pleas of guilty to two Counts of "Making the Obscene Telephone Calls were within the Ten-year Maximum allowed by Code S.C. 1962, Section 16-552.1, 17-552, and defendant had Prior Criminal record, the Sentences Imposed were not so excessive and disproportionate as to Constitute Cruel and unusual punishment. Wood v. State S.C., C.A.S.C. 1973, 483 F.2d 149.

In this Case at bar: If the defendants are Convicted upon each Policeman, and the assault upon Mr. Gbeke M. Awala. Trial Court erred when (Hon. Kent A. Jordan) said in a ruling Opinion that Obscene Language Used in an abusive manner against Mr. Awala Constitute no Cruel and unusual Punishment, now was a mere Telephone Calls by an Inmate Containing Obscene Communications not used to Conviction in Woods as above. "What about equal Protection of Law?

(1)

<u>Obscenity</u>: Since Obscenity is not expression Protected by Amend. 1, 18 U.S.C.A sec 1461 does not unConstitutionally enCroach upon powers reserved by this Amendment and Amend. 10 to the States and to the People to punish Speech and Press where Offensive to decency and Morality. Roth v. U.S., Cal & N.Y. 1957, 77 S. Ct. 1304, 354 U.S. 476, 1 L.Ed 2d. 1498.

<u>Duty of A Judge</u>:

A Judge should exercise Caution in expressing Opinions upon issues to be decided by the Jury. Mach v. Pennsylvania R. Co. P.a. 1963, 317 F.2d 761.

<u>Damages</u>: In granting of relief against the Defendant It is good for the Court to afix amount of damages to be awarded or Making findings without an Evidentiary Trial on liability Issues. See Conerly V. Flowers, C.A. Ark. 1969, 410 F.2d 941. The Defendants are not Absolutely Protected over personall Liability!

Amendment 11: Suits Against

This Amendment does not bar Suit against State Official, where it is alleged that he is individually and personally liable for deprivation of federal rights under Color of State Law.
Clegg v. Slater, D.C. Okl. 1976, 420. Supp. 910

Where Plaintiff in Civil rights action Sought Monetary relief against Individual State officials in their personal Capacities and where State bore no liability for the actions of defendants and defendants were not being Sued as a "Subterfuge" to raid the State Treasury, this amendment did not bar Monetary relief. Fialkowski v. Shapp. D.C. Pa, 405 F. Supp. 946.

The Court shall enforce a Just Compensation of $1,000,000.00 For the alleged claim. Since the Officer Hawkins Once Claimed during Preliminary Hearing they were acting in their vires' authority. In addition to the Interalia Claims: $35 Million. Very reasonable and Compared to the $400 Million Sought by the Plaintiff.

Submitted under penalty of Perjury

Dated: 6/29/05                    Respectfully Submitted

(3)                               Gbeke M. Avato

CERTIFICATE OF SERVICE

This is to certify that a copy of this Motion was sent to the likeness of DR BAPD. attention Police Officer Hawkings, New Castle, DE.

Submitted under penalty of Perjury to be True and Correct.

Dated: 6/29/05.

Respectfully Submitted

Obeke M. Auala
No. 82074-054
FDC Philadelphia
P.O. Box 562
Philadelphia, Pa. 19105.

# *INMATE ADDRESS*: TO RECEIVE MAIL:

YOUR **LAST NAME, FIRST NAME**
REG. NO.: 12345-066
FDC-PHILADELPHIA, PA
P.O. BOX **562**, UNIT 3, **6 SOUTH**   OR   **6 NORTH**
**7 SOUTH**   OR   **7 NORTH**
PHILADELPHIA, PA 19105

# ADDRESS TO RECEIVE MONEY:

Federal Bureau of Prisons
**YOUR NAME:** Gbeke M Awala
**YOUR REGISTER NUMBER:** 82014-054
Post Office Box   **474701**
**Des Moines, Iowa   50947-0001**

# ADDRESS TO RECEIVE WESTERN UNION MONEY:

Inmate Register Number 82014-054
Inmate Name GBEKE AWALA
City Code:   **FBOP**
State Code:   **DC**
WWW.WESTERNUNION.COM  1-800-634-3422

COUNSELOR MCLEAN