IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

GBEKE MICHAEL AWALA,

Plaintiff/Appellant

Vs.

DELAWARE RIVERBAY AUTHORITY POLICE DEPARTMENT
(DRBAPD)
OFFICERS: Hawkins, Coleman and Sgt. Cook. et al
POLICE AND PATROLMEN'S BENEVOLENT ASSOCIATION
(PBA) OFFICIALS "STATE OF DELAWARE)),
UNITED STATES ATTORNEY"S OFFICE
COLM F. CONNOLLY(DISTRICT OF DELAWARE)'
BETH MOSKOW SCHNOLL,
U.S. CUSTOMS AND IMMIGRATION ENFORCEMENT,
BALTIMORE-AIRPORT/SPECIAL AGENTS JACK AND GONZALEZ
PHILADELPHIA, et al

Defendants/Appellees.



FILED
DEC 13 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

CIVIL NO. 05-097-KAJ

NOTICE OF APPEAL AND REMINDER OF THE SECOND NOTICE FILED NO ENTRY YET

Considering that petitioner was proceeding pro se, was at all relevant times in Federal Custody, was being transferred from one fereal institution to another during much of the time he had to file his notice of appeal, was under mistaken belief that his time ran from date of denial of his untimely motion

motion for reconsideration, did not learn that the motion had been denied until nearly two months after its denial through no fault on his part, and attempted to obtain extension of time in which to file his notice of appeal and to make earlier finding of notice, petitioner's *late* filing of notice of appeal was made under circumstances which would have justified a finding of "excusable neglect," were such finding within court's power to make Crumption v. US. D.C.Cal.1980, 496 F.Supp.774.

In this instant case "excusable neglect," within the case-dispotive succeeding the time bar within the rule to permit extension of time for appeal in conjunction with the MOTION FOR THE APPEAL, filed directly to the Third Circuit the Court should permitt the appeal the clerk of the court should enter the request and transmitt to the 3rd Circuit Court. Any division of ruling against the plaintiff/appellant would imply that the above case was improvidently granted.

Submitted under penalty of perjury to be true and correct.

Dated. 12/7/05

Respectfully submitted,

GBEKE MICHAEL AWALA Pro Se

No.82074-054

Federal Detention Center

P.O. box 562

2-2.