IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

IN THE MATTERS OF

GBEKE M. AWALA vs. DELAWARE RIVERBAY AUTHORITHY POLICE DEPARTMENT

FILED
DEC 13 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PLAINTIFF LETTER OF INTENT TO COMPEL A "JUDICIAL SETTLEMENT"

OR AN OUT-OF-COURT-SETTLEMENT

The facts underlying the claim, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that, the defendants acted harzadiously and reasonable factfinder would sacredly discern the constitutional errors and find the defendants guilty of the underlying civil damages. Finding of good cause and any voluntary valuable consideration for any of the above letter of intent to settlement as a proposal for procedural advantages, to adjudicate the disputed issues in the herein Docket Numbers.05-097-KAJ. The Court and the defendants shall set a settlement date to account for the settlement and the funds the plaintiff shall receive from the former defendants(Police)(the sum of unliquidated damages including interest **$262Million, and from the later defendant $70Million**. Therefore, differs from the setaside **$800Million**, closing the case that avoid unjustified expenses and delay such as clearly requiring the court and the defendants to present live testimony from the **Cutodian** of the plaintiffs documentation or records carriedaway to the oppressive conduct by the defendants. If the Attorney for the defendants appeals then the plaintiff shall appeal, otherwise bringing the case to a res judicata phase.

1.

WHEREFORE, the plaintiff respectfully hope that the defendant would cooperate on this one.

The date of settlement is hereby pronounced to take place on December 21, 3.00pm, aranged at the defendants interested place and time, 2005. All parties must be present. All parties and there counsels must be present.   Place: U.S.D.C. Courthouse in Wilmington Delaware.

Respectfully submitted,



GBeke M. Awala Pro Se
No. 82074-054
Federal Detention Center
P.O. Box 562
Philadelphia, PA 19105


Attorneys for Defendant.

Beth Moschow Schnoll
Assistant U.S. Attorney
District of Delaware
1007 N. Orange Street
Suite 700
Wilmington Delaware
19899

Witnessed by:
Hon. Kent A. Jordan
United States District Court Judge
District of Delaware.

HECK VS HUMPHREY (1994). 129 LEd 2d 383 is cancelled by the Supreme Court, by Albright v. Oliver(1994), 127 L Ed 2d 114,(expressing the view that prosecution without probable cause was a constitutional tort actionable under Section 1983, only if accompanied by incarceration, loss of employment, or some other palpable consequences(975 F.2d 343).

Note: The Government may setoff the plaintiff already owened $300,000.00 Resitution(S.D.N.Y.). Awala vs U,S. 1997.