IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

GBEKE M. AWALA, :
    Plaintiff, :
     : Civil No. 05-cv-0097
Vs. :
Christopher Koyste et al. :
    Defendant. :

FILED FEB 15 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

## MOTION FOR SUMMARY JUDGMENT

According to our ability to redeem the above captioned matter let us meet within the District Court and close this case, I therefore charged the Defendant to bore the damages sought by the plaintiff, because this matter has been reported to the appeal court and it is not good to silenced the issues and say nothing, accordingly to all that was done on the plaintiff. Therefore the defendants are as follows:

    (a) The Homeland Security Service: I shook out the fold of my garment and cry out--as a man been emptied from his property. see Monterey, City of v. Del Monte Dunes, Ltd, 143 L Ed 2d 882(1999) (the District Court properly submitted to the jury the issues whether (a) the landowner was deprived of all economically viable use of the property. In light of the evidence proffered by the plaintiff the court is respectfully urged to either set a trial date for this case in chief because thats the reason the court system was setup. In the alternative Issue a Summary Judgment pursuant to Fed.R.Civ. Rule 56(a)(d), so that the court may open the door for the appeal court to enter a full jurisdiction. See Third Circuit Ruling Dated. February 8, 2006. Appeal No. 05-5431, Awala v. Koyste.

(b) The Delaware River Bay Authority Police Department: Police Officers, Hawkins, Coleman and Cook: My cry was a great outcry, this defendant recieves money from tax payers toll payment and likewise this officers were her gaurds after the plaintiffs cry as a result of the defendants exacting pain and by night followed the plaintiff in cell and took of his clothes and make him stay in cold cell no washing, nor water , nor food, such a misconduct is great and extensive and was by the policy, let the court summon them and question them under oath against there doing, accordingly, under Fed.R.Civ.P. Rule 4(c)(2) by a United States Marshall. The defendant heard my voice I sat in the cell and wept and mourned for more than <u>12 Hours</u>, what the likeness of <u>Beth</u> attempted to construe as the same day. The defendant acted very corruptly against the plaintiff kept him naked.

Now therefore according to the ability of this Court let the court grant the Summary Judgment, so that the matter can adequately be reported to the Court of Appeals or in the alternative let us consult together and prepare a day for settlement. Similarly waive the trial of this cases.

Dated. 2/12/06

cc: Seth M. Beausang, Esq.

Respectfully submitted,

Gbeke M. Awala Pro Se
No. 82074-054
Federal Detention Center
P.O. Box 562
Philadelphia, PA 19105

2-2

Gbeke M. Awala Pro Se
No. 82074-054
P.O. Box 562
Federal Detention Center
Philadelphia, PA 19105

Legal Mail: 2/14/06

The Honorable Kent A. Jordan
U.S. District Court
844 King Street
Wilmington, DE 19801