GBEKE M. AWALA, No. 82074-054
FDC Philadelphia
P.O. Box 562
Philadelphia, PA 19105

Hon Kent A Jordan
US. District Court Judge
844 N. KING ST
Wilmington, DE 19801

March 28, 2006

Dear Judge
    Re: Awala vs Hawkins, Coleman, Cook of the DRBAPD.
    Case No. 05-097-KAJ.

I have received the order you gave me I know how obstinate you are. Your honor. Observing the order, it made the statute of no effect, the defendants are your friends and neighbours of the people at Delaware, they have committed a great annihilation against me. On your hearing of this things, although you have said at your opinion, on the day of the punishment, the defendant having descended in front of me and gave me no rest inside the Stationhouse Cell is considered describing a Litany. However, the Sgt threw down his foot holding. Shattering my cloak covering my body having punished me in

Starving me I developed Ulcer- on my Skin, swelling in his/her Control and they all stand at the door watching me. Inside the cell naked and stripped, each time I want to Consult them they walk out meeting In the Inner Side Office Singing "American woman", for you Your honour, to have brought a dubious Judgment, out of the whole Case, afterwards you put the head-dresses on their heads, brow them perpetual Ruling, Straying which lends support to acquit the Guilt. I have Revered you and obeyed what You said, at the foot of Your Rulings Remains a Standing-stone.

I swore to this Court I shall make the whole nation hear this Case, If I cannot enjoy your favour and make the people move on, they have Committed a great blot of Indecency and deserve punishment, you yourself know what bad State these people are in. they said to me where you from. I then said to them. I am American, the whole defendant have violated my Rights Inadvertently and they must perform the rite of expiation for me and they will be forgiven, they have heard the formal adjuration known the facts became answerable for it but failed to confess or notice it. Finally, Jury will hear the Hosanna



Gbeke Michael Aneb
No. 82074-054
Federal Detention Center
P.O. Box 562
Philadelphia, PA 19105

Legal Mail

Hon. Kent A. Jordan
Office of the Clerk
United States District Court
844 N. King St, Lockbox 18
Wilmington, Delaware 19801