OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 25, 2006

TO: Gbeke Michael Awala, No. 82074-054
Federal Detention Center
P.O. Box 562
Philadelphia, PA 19105

**RE:  Return of Complaint, CA 05-97 KAJ**

Dear Mr. Awala:

The Clerk's Office is in receipt of the above referenced complaint(enclosed and returned herewith). Please be advised that it is unclear how you wish these papers to be treated. Please clarify your intentions and return for filing if necessary.

While the complaint indicates the case number of Civil Action No. 05-97, the defendants listed in the complaint differ from those who are parties to Civil Action 05-97. Civil Action No. 05-97 was closed in the U.S. District Court on March 3, 2006 and is currently pending in the U.S. Court of Appeals.

If your intention is to file a new case, the full filing fee is $350.00. If you are unable to pay the filing fee, an Application to Proceed Without Prepayment of Fees is required.

When your Complaint and affidavit of pauper status are filed, they will be submitted to a judge for determination as to your standing to proceed as a pauper. If this status is granted, pursuant to a subsequent Order, you will be responsible to provide sufficient copies of the Complaint (one for **each** person to be served) and USM 285 Marshal's Service Forms to effect service. Only then will the U.S. Marshal serve the persons noted on the USM 285 forms with the Complaint and Order.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/maw                                           PETER T. DALLEO, CLERK

cc:  The Honorable Kent A. Jordan