BPS-216                                                                                     May 4, 2006

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **05-5182**

GBEKE MICHAEL AWALA

v.

CHRISTOPHER KOYSTE, ET AL.

(D. DEL. CIV. NO. 05-CV-00097)

Present:     SCIRICA, Chief Judge, RENDELL and AMBRO, Circuit Judges

Submitted by the Clerk for possible dismissal

in the above-captioned case.

                                                  Respectfully,

                                                  Clerk

MMW/DNH/zm/crg

**O R D E R**

The foregoing appeal is dismissed as moot. The District Court denied Appellant's motion for leave to proceed in forma pauperis without prejudice. Appellant then cured the defect in his filing by submitting to the District Court a certified copy of his trust account statement and the District Court granted his motion for leave to proceed in forma pauperis.

                                                  By the Court,

                                                  /s/ Thomas L. Ambro, Circuit Judge

Dated: May 18, 2006
CRG/cc: Mr. Gbeke M. Awala
       Seth M. Beausang, Esq.



A True Copy:

Marcia M. Waldron, Clerk