BPS-217                                                                                                   May 4, 2006

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **05-5431**

GBEKE MICHAEL AWALA

v.

CHRISTOPHER KOYSTE, ET AL.

(D. DEL. CIV. NO. 05-CV-00097)

Present:   SCIRICA, Chief Judge, RENDELL and AMBRO, Circuit Judges

Submitted by the Clerk for possible dismissal

in the above-captioned case.

Respectfully,

Clerk

MMW/DNH/zm/crg                                                                    Marcia M. Waldron, Clerk

**O R D E R**

This notice of appeal is the second filed by Awala with respect to the District Court's order denying his motion to proceed in forma pauperis. It should have been treated as an "amendment" to the original notice of appeal, C.A. No. 05-5182, and the second "appeal", C.A. No. 05- 5431, should not have been opened. No additional fee is required to file an amended notice of appeal. Fed. R. App. P. 4(a)(4)(B)(iii). The order granting Appellant leave to proceed in forma pauperis in this appeal, therefore, is hereby vacated. No funds shall be deducted from Appellant's prison account for the costs of this appeal.

By the Court,

/s/ Thomas L. Ambro, Circuit Judge

Dated: May 23, 2006
CRG/cc: Mr. Gbeke M. Awala
           Seth M. Beausang, Esq.