IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

GBEKE MICHAEL AWALA, :

  Plaintiff, :

: Civil No.: 05-cv-97

v. :

:

HOMELAND SECURITY DEPARTMENT, :

  Defendant.



## MOTION FOR THE DISCOVERY OF DOCUMENT

The District Court erred when it dismiss this action with baseless reasons, District Court erred when it failed to conduct adequate investigation to turn on the defendant to turn over the documents stolen from the plaintiff, District court erred when it deny all relief and then aided and abeted the defendants coverup in abuse of trust suit.

District court erred in enhancing defendant's sentence two levels for abuse of trust under USSG Section 3B1.3 because government failed to show that defendant used skills he learned from his position as INS inspector or that he used his INS credentials to smuggle cocaine into the U.S. See U.S. v. Nozzo, (2004, NY) 385 F.3d 109.  Here, What about my docs?

Here, the Court erred failing not decerning that defendant had stolen the plaintiff's property by the use of their special skills as INS Inspectors.  The District court abuse its discretion by closing the case without proper and adequate Judgment, thereafter collecting money to recover Money.

Dated. 6/14, 2006.                1-1.         GBEKE MICHAEL AWALA



GBEKE MICHAEL AWALA
No. 82074-054
Federal Detention Center
P.O. Box 562
Philadelphia, PA 19105

legal Mail:

Peter T. Dalleo
Clerk
United States District Court
for the District of Delaware
844 N. King St Lockbox 18
Wilmington, DE 19801