IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GBEKE MICHAEL AWALA ; | |
|     Plaintiff-Appellant. ; | |
|         v. ; | Case Number: 05-97-KAJ |
|       1. : | Appeal No.05-5431(3rd Cir.). |
| CHRISTOPHER KOYSTE et al. : | Appeal No.05-5182      " |
| HOMELAND SECURITY DPT. et al : | |
| DRBAPD. et al. : | |

## GENERAL PLEADINGS

Please be advised that the above-matter was treated arbitrarily by the Court, the order granting appellant leave to proceed in forma pauperis was duplicious, not a result of the plaintiff's pleading, and plaintiff wants to know which of those appeal numbers above is the original and first appeal, as I cannot recall filing the appeals twice pursuant to Fed.R. App.P. 4(a)(4)(B)(ii). In Third Cir dated May 23, 2006, three judges panel held, thus, the order granting leave in forma pauperis was vacated and no funds are to be deducted on my prisoner's account statement for the cost of the appeal on No. 05-5431. Therefore, this court must furnish the plaintiff with the complete docket entries and payment history so as to reconcile my account balance and no what expenses are paid and what liability are accrued. FINALLY I want the records transfered to the 3rd Cir, by consolidating the numbers ortherwise, do as it supposed to be done when one appeal number is dissmissed as moot.

Dated. 6/4, 2006.

Respectfully submitted.

Gbeke Michael Awala.

1-1

```
GBEKE MICHAEL AWALA
No. 82074-054
Federal Detention Center
P.O. Box 562
Philadelphia, PA 19105


legal Mail:
                        Honorable Kent A. Jordan
                        United States District Judge
                        for the District of Delaware
                        844 N. King Street, Lockbox 10
                        Wilmington, DE 19801
```