IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GBEKE MICHAEL AWALA, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-97-KAJ |
| | ) |
| DELAWARE RIVER AND BAY | ) |
| AUTHORITY POLICE DEPARTMENT, | ) |
| AND HOMELAND SECURITY | ) |
| OFFICE - ICE, | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

WHEREAS, Plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on June 1, 2005, the Court dismissed the case without prejudice for failure to submit certain documents, Plaintiff filed an appeal and a second notice of appeal, and the case was reopened upon submission of the documents (D.I. 16, 22, 24, 26;)

WHEREAS, on December 15, 2005, the Court entered an order dismissing the complaint without prejudice as frivolous (D.I. 26);

WHEREAS, Plaintiff moved for reconsideration, but the motion was denied, and on March 3, 2006, the case closed, and the Court discerned no good-faith basis for an appeal (D.I. 28, 33);

WHEREAS, on May 18, 2006 and May 23, 2006, the United States Court of Appeals for the Third Circuit dismissed the appeals as moot (D.I. 36, 37);

WHEREAS, even though the case was closed, on June 18, 2006, Awala filed a motion for the discovery of document seeking to recover documents allegedly stolen from him, and on June 20, 2006, Awala filed a document entitled "General Pleadings" asking the Court to provide him with complete docket entries, payment history, and transfer of records to the United State Court of Appeals for the Third Circuit even though his appeals were dismissed as moot (D.I. 38, 39);

THEREFORE, at Wilmington this 16th day of August, 2006, IT IS HEREBY ORDERED as follows:

1. The motion for discovery (D.I. 38) is DENIED.

2. The request sought in the "general pleadings" (D.I. 39) is DENIED.

3. This case is CLOSED.

4. Repetitive requests for relief that the Court has already determined are without merit will not be accepted for docketing.

_____
UNITED STATES DISTRICT JUDGE